TOTAL TIME: ___ hours **5** minutes     DEPUTY CLERK _Dew_     _Droney_  RPTR/ERO/TAPE _Marshall_

DATE _1-9-04_     START TIME _11:45_     END TIME _11:50_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Nationwide_

CIVIL NO _3:00CV1180 CFD_

_Feldman_
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Mortensen_

_Coulon_
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☒ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

..#__ Motion _____  ☐ granted ☐ denied ☐ advisement
..#__ Motion _____  ☐ granted ☐ denied ☐ advisement
..#__ Motion _____  ☐ granted ☐ denied ☐ advisement
..#__ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed

_____ # jurors present
_____ # jurors absent
Voir Dire oath administered by Clerk ☐ previously administered by Clerk
Voir Dire by Court
_____ jurors excused (See attached)
Panel of _____ drawn (See attached)
Peremptory challenges exercised (See attached)
Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
Remaining jurors excused
Discovery deadline set for _____
Disposition Motions due _____
Joint trial memorandum due _____
Trial continued until _____ at _____

☐ COPY TO: JURY CLERK