

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 30 P 3: 59
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY | : | CIVIL ACTION NO. |
| | : | 3:00CV1180 (CFD) |
| VS. | : | |
| | : | |
| BRUCE MORTENSEN, DAVID H. DONALDSON, | : | |
| PATRICIA BLAND, JAMES WARNER, SR., | : | |
| JAMES L. BIRARELLI, JAMES L. BIRARELLI, | : | |
| INC., BONNIE JOHNSON, JOHNSON AGENCY | : | |
| INCORPORATED AND ROBERT YORK | : | JANUARY 30, 2004 |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff and Defendants jointly move for an extension of one week through February 6, 2004 in which to respond to the Court's inquiry on the parties' position as to whether the case should be dismissed without prejudice. In support of this motion, the parties represent the following:

(1) That on January 9, 2004 a Status Conference was held;

(2) During the Status Conference, the parties indicated that the case should not be reached for trial until the underlying lawsuits were settled or went to judgment. The underlying lawsuits are currently pending before Judge Chatigny.

(3) The Court inquired whether the present case could be dismissed without prejudice to renewal after resolution of the underlying cases.

(4) Counsel have conferred on this issue and request additional time through February 6th in which to respond.

(5) No prior Motion for Extension of Time as to this deadline has previously been requested or granted.

For the foregoing reasons, the parties jointly request that the time in which to respond to the Court's inquiry be extended through February 6, 2004.

PLAINTIFF,
NATIONWIDE MUTUAL INSURANCE COMPANY

By: _____
Michael Feldman, Esq.
10 Waterside Drive, Suite 303
Farmington, CT 06032
(860) 677-0551
CT 06649

                DEFENDANTS, BRUCE MORTENSEN, ET AL

By: _____
Frank F. Coulom, Jr., Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
CT

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was hand delivered on this 30th day of January, 2004 to the following:

Frank F. Coulom, Jr., Esq.
Maria T. Ackley, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Michael Feldman

3