UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY | : | CIVIL ACTION NO. |
| | : | 3:00CV1180 (CFD) |
| VS. | : | |
| | : | |
| BRUCE MORTENSEN, DAVID H. DONALDSON, | : | |
| PATRICIA BLAND, JAMES WARNER, SR., | : | |
| JAMES L. BIRARELLI, JAMES L. BIRARELLI, | : | |
| INC., BONNIE JOHNSON, JOHNSON AGENCY | : | |
| INCORPORATED AND ROBERT YORK | : | JANUARY 30, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff and Defendants jointly move for an extension of one week through February 6, 2004 in which to respond to the Court's inquiry on the parties' position as to whether the case should be dismissed without prejudice. In support of this motion, the parties represent the following:

(1) That on January 9, 2004 a Status Conference was held;

(2) During the Status Conference, the parties indicated that the case should not be reached for trial until the underlying lawsuits were settled or went to judgment. The underlying lawsuits are currently pending before Judge Chatigny.

*[Handwritten margin note: Granted, none for time to extend. 2/11/04]*