UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONWIDE MUTUAL
INSURANCE CO.,
    Plaintiff

v.  :  Civil Action No.
      3:00 CV 1180 (CFD)

BRUCE MORTENSEN ET AL.,
    Defendants

## ORDER OF STAY

Pursuant to the agreement set forth at the telephone status conference of March 2, 2004, this matter is stayed for six months, without prejudice to counsel requesting a further period of stay. Accordingly, the defendants' Motion to Stay Payment of Attorney's Fees [Doc. #100] is DENIED, without prejudice. This motion may be renewed upon the lifting of the stay by counsel filing a notice to that effect; it will then be revived with the original date of filing. The parties are also ordered to file a status report with the Court on the course of the underlying liability actions currently before Judge Chatigny by June 1, 2004.

SO ORDERED this 3rd day of March 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE