# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NATIONWIDE MUTUAL INSURANCE COMPANY

VS.

BRUCE MORTENSEN, DAVID H. DONALDSON,
PATRICIA BLAND, JAMES WARNER, SR.,
JAMES L. BIRARELLI, JAMES L. BIRARELLI,
INC., BONNIE JOHNSON, JOHNSON AGENCY
INCORPORATED AND ROBERT YORK

**APPEARANCE**

CASE NUMBER: 3:00CV1180 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Nationwide Mutual Insurance Company

FILED 2004 MAR -4 P 2:22 DISTRICT COURT HARTFORD, CT.

| | |
|---|---|
| 3-3-04 | |
| Date | Signature |
| ct06842 | Charles E. Hickey |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 677-0551 | 10 Waterside Drive, Suite 303 |
| Telephone Number | Address |
| | Farmington, CT 06032 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Frank F. Coulom, Jr., Esq.
Maria T. Ackley, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.feb.96