UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONWIDE MUTUAL              :
    Plaintiff,                :
v.                             :   CIVIL No. 3:00CV1180 (CFD)
                               :
BRUCE MORTENSEN, ET AL.        :
                               :
    Defendant.                :
                               :   NOVEMBER 29, 2004

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 15 of the Local Rules of Civil Procedure for the United States District Court, the undersigned requests to withdraw the appearance of the deceased former member of the bar, (ct 04222), Edward F. Hennessey.

        DEFENDANTS,

By _____
Frank F. Coulom, Jr. (ct05230)
fcoulom@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

- 2 -

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, to the following on this 29th day of November 2004.

Michael Feldman, Esq.
10 Waterside Drive
Suite 303
Farmington, CT 06032

_____
Frank F. Coulom, Jr.