## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NATIONWIDE MUTUAL INSURANCE
COMPANY

vs.

BRUCE MORTENSEN, ET AL.

:
:       CIVIL ACTION NO.
:       3:00CV1180(CFD)
:
:
:
:       DECEMBER 13, 2004

### JOINT STATUS REPORT

The parties to this action, by their undersigned attorneys, submit this report in confidence with the Court's Order dated November 23, 2004.

### A.     Nature of Case

**1. Description of Case:** The plaintiff brought this declaratory judgment action seeking a declaration that it is not liable to provide insurance coverage to defendants in connection with claims asserted in the following cases pending in this District: Nationwide Mutual Ins. Co. v. Bland, 3:99CV2005 (RNC); Nationwide Mutual Ins. Co. v. Donaldson, 3:99CV2006 (RNC); Nationwide Mutual Ins. Co. v. Mortenson, 3:99CV2007 (RNC); Nationwide Mutual Ins. Co. v. Morin, 3:01CV02 (RNC); Nationwide Mutual Ins. Co. v. Warner, 3:00CV870 (RNC); Nationwide Mutual Ins. Co. v. Johnson, 3:00CV0619 (RNC). The related cases are all assigned and pending before Chief Judge Chatigny.

HART1-1221224-2

The defendants have counterclaimed in this case, seeking damages for plaintiff's breach of its obligations under the policies and for extracontractual relief based on defendants' alleged tortious misconduct in the handling of defendants' claims for insurance coverage.

By agreement of the parties and the Court, this matter has been stayed for fixed intervals to determine whether progress of the related cases will minimize or eliminate the issues to be resolved in this case. The parties believe a continuance of that stay for an additional six (6) months will be beneficial. Defendants represent that there is one motion left remaining before the Court in the related matters; discovery is complete; and it is expected that the first of the related cases will be reached for trial within the next six months.

**2. Pending Motions:** The only pending motion before the Court is Defendants' Objection to the Magistrate Judge's Ruling on Plaintiff's Motion for Attorney's Fees, which objection was filed on December 14, 2001. By agreement of the parties, this matter has been stayed pending resolution of the underlying cases.

3. Trial by jury has been demanded in this case.

**B.      Discovery**

The defendants do not believe discovery is complete. Defendants claim that the nature of, and the scope of discovery to be conducted is dependent on the Court's ruling on the pending motion. Plaintiff claims that Magistrate Judge Garfinkle fully addressed the discovery issues.

**C.     Settlement**

1. A settlement conference was held on February 11, 2003. Magistrate Judge Thomas Smith presided over the conference. The efforts to settle the case in conjunction with the other related cases were not successful. There have been no other conferences.

2. No reports are due regarding settlement.

3. Defendants believe a settlement conference may be beneficial given the Connecticut Appellate Court's recent decision in Hartford Casualty Ins. Co. v. Litchfield Mutual Ins. Co., 80 Conn. App. 364, 370 (Dec. 2003), as well as the facts pertaining to a certain coverage action entitled: Piper v. Nationwide Mutual Ins. Co., which was brought in the New York Supreme Court.

**D.     Trial Preparation**

1. This case will be ready for trial within 3 months after completion of discovery.

2. No additional preparation is required beyond completion of discovery.

3. Additional pleadings are not expected to be filed. Plaintiffs may file a motion for summary judgment (as suggested in the Court's earlier summary judgment ruling) within three months of the completion of discovery.

4. A joint trial memorandum has not been filed, and submission of the memorandum has been stayed by agreement of the parties and the Court.

PLAINTIFFS,
NATIONWIDE MUTUAL INS. CO.

By _____
    Michael Feldman (ct06649)
    10 Waterside Drive
    Suite 303
    Farmington, CT 06032
    Tel: 860-677-0551
    Fax: 860-677-1147

DEFENDANTS
BRUCE MORTENSEN, ET AL.

By _____
       Frank F. Coulom, Jr. (ct05230)
       Robinson & Cole LLP
       280 Trumbull Street
       Hartford, CT  06103-3597
       Tel:  860-275-8200
       Fax:  860-275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent to the following counsel of

record on this 13th day of December, 2004:

       Michael Feldman, Esq.
       10 Waterside Drive
       Suite 303
       Farmington, CT  06032

                    _____
                    Frank F. Coulom, Jr.