# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 3:00CV1180(CFD) |
| | : | |
| BRUCE MORTENSEN, et al. | : | |
| Defendants | : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending:  (orefm.)

____  A ruling on the following motion which is currently pending:  (orefm.)

__X__  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following:  (orefmisc./cnf)

____  Other:  (orefmisc./misc) _____

SO ORDERED this 21st day of January, 2005, at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge