UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONWIDE MUTUAL INSURANCE
COMPANY

    Plaintiff, : CIVIL NO. 3:00CV1180 (CFD)

V.

BRUCE MORTENSEN, DAVID H.
DONALDSON, PATRICIA BLAND, JAMES
WARNER, SR., JAMES L. BIRARELLI,
JAMES L. BIRARRELLI, INC., BONNIE
JOHNSON, JOHNSON AGENCY
INCORPORATED AND ROBERT YORK

    Defendants. : APRIL 8, 2005

## MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney Brien P. Horan, respectfully moves to withdraw his appearance as counsel for the defendants, Bruce Mortensen, David H. Donaldson, Patricia Bland, James Warner, Sr., James L. Birarelli, James L. Birarrelli, Inc., Bonnie Johnson, Johnson Agency Incorporated And Robert York in the above-captioned action.

The undersigned moves to withdraw his appearance because he is leaving the law firm of Robinson & Cole LLP and private legal practice to accept a corporate position with a client of his law firm. His withdrawal will not in any way slow or affect the forward momentum of this litigation. The interests of Bruce Mortensen, David H. Donaldson, Patricia Bland, James Warner, Sr., James L. Birarelli, James L. Birarrelli, Inc., Bonnie Johnson, Johnson Agency Incorporated And Robert York will be well represented by the following Robinson & Cole lawyer, who also has an appearances in this case: Frank F. Coulom, Jr.

HART1-1246590-1

DEFENDANTS,
BRUCE MORTENSEN, DAVID H.
DONALDSON, PATRICIA BLAND,
JAMES WARNER, SR., JAMES L.
BIRARELLI, JAMES L. BIRARRELLI,
INC., BONNIE JOHNSON, JOHNSON
AGENCY INCORPORATED AND
ROBERT YORK


By: *Brien P. Horan*
Brien P. Horan - ct068670
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel.:  (860) 275-8200
Fax:  (860) 275-8299
Email: bhoran@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 8th day of April, 2005.

Michael Feldman, Esq.
10 Waterside Drive
Suite 303
Farmington, CT 06032

                                                                     _/s/ Brien P. Horan_
                                                                     Brien P. Horan