UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INS. CO., | : | No. 3:00CV1180 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| BRUCE MORTENSEN, ET AL., | : | |
| Defendants. | : | DECEMBER 21, 2006 |

**JOINT STATUS REPORT**

The parties to this action, by their undersigned attorneys, submit this report in accordance with the Court's Order dated November 21, 2006.

A.   **Nature of Case**

**1.   Description of Case:**   This is a declaratory judgment action involving insurance coverage under insurance policies issued by the plaintiff to the defendants.

The defendants have filed counterclaims against the plaintiff insurer alleging bad faith refusal to defend an action brought by plaintiff against defendants. This case is related to the following cases which are also pending in this district and assigned to Chief Judge Chatigny: Nationwide Mutual Ins. Co. v. Bland, 3:99CV2005 (RNC); Nationwide Mutual Ins. Co. v. Donaldson, 3:99CV2006 (RNC); Nationwide Mutual Ins. Co. v. Mortenson, 3:99CV2007 (RNC); Nationwide Mutual Ins. Co. v. Morin, 3:01CV02 (RNC); Nationwide Mutual Ins. Co. v. Warner, 3:00CV870 (RNC); Nationwide Mutual Ins. Co. v. Johnson, 3:00CV0619 (RNC).

On September 24, 2002, the Court issued a summary judgment ruling declaring that Nationwide had no duty to defend the liability lawsuits. The court denied the summary judgment with respect to the defendants' counterclaims without prejudice to Nationwide moving for summary judgment at a later date.

      **2. Pending Motions:** The only pending motion before the Court is Defendants' Objection to Magistrate Judge Garfinkel's order re motion for attorney's fees (Dkt. #100). The objection was stayed per agreement of the parties.

      **3. Jury Triable:** Trial by jury has been demanded.

  **B.**  **Discovery**

      1. Defendants do not believe discovery is complete. A request to modify the Scheduling Order will be made following completion of the <u>Bland</u> trial to undertake expedited discovery as to issues arising from that trial. It is anticipated that no more than four depositions will be taken. Nationwide notes that Magistrate Judge Garfinkel ruled that "discovery is over." (May 25, 2001 discovery order). Nationwide reserves its right to seek enforcement of said order.

  **C.**  **Settlement**

      1. A settlement conference was held on February 16, 2006 before Magistrate Judge Thomas Smith. Efforts to settle this case in conjunction with the other related cases was unsuccessful. There have been no further settlement discussions.

      2. No reports are due regarding settlement.

      3. The parties do not believe that a settlement conference will be beneficial at this time.

  **D.**  **Trial Preparation**

      1.    When will the case be ready for trial?

          **90 days after completion of the trial of** *Nationwide Mut. Ins. Co. v. Bland*, **which is scheduled to begin trial in April 2007. If Nationwide's prospective summary judgment motion and motion in limine have not yet been ruled upon by that time, Nationwide submits that the case will be ready for trial after ruling on those motions.**

2. What additional preparation, other than that previously discussed, is required?

   **None.**

3. Are there additional pleadings to be filed?

   **Yes. Nationwide expects to file a summary judgment motion as to the defendants' counterclaims and a motion in limine by February 28, 2007. Defendants request that a pre-motion conference be scheduled with the Court to discuss any motion schedule.**

4. Has a joint trial memorandum been filed? If not, when is it due?

   **No. A date for filing the joint trial memorandum has not been set.**

| PLAINTIFF,<br>NATIONWIDE MUTUAL INSURANCE | DEFENDANTS, |
|---|---|
| By_____/s/Michael Feldman_____<br>    Michael Feldman [ct 06649]<br>    Feldman & Hickey, LLC<br>    10 Waterside Drive<br>    Suite 303<br>    Farmington, CT 06032<br>    (860) 677-0551<br>    (860) 677-1147 (fax) | By_____/s/Frank F. Coulom, Jr._____<br>    Frank F. Coulom, Jr. [ct05230]<br>    Robinson & Cole LLP<br>    280 Trumbull Street<br>    Hartford, CT 06103-3597<br>    (860) 275-8200<br>    (860) 275-8299 (fax) |