UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY | : | CIVIL ACTION NO. |
| | : | 3:00CV1180 (CFD) |
| VS. | : | |
| | : | |
| BRUCE MORTENSEN, DAVID H. DONALDSON, | : | |
| PATRICIA BLAND, JAMES WARNER, SR., | : | |
| JAMES L. BIRARELLI, JAMES L. BIRARELLI, | : | |
| INC., BONNIE JOHNSON, JOHNSON AGENCY | : | |
| INCORPORATED AND ROBERT YORK | : | April 4, 2007 |

**PLAINTIFF'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

The plaintiff, Nationwide Mutual Insurance Company ("Nationwide"), respectfully moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as to the defendants' counterclaims on the grounds that there is no genuine issue of material fact and that the plaintiff is entitled to judgment as a matter of law.

In the September 24, 2002 Ruling on Motion for Summary Judgment ("Ruling"), the Court granted Nationwide's previous summary judgment motion with respect to insurance coverage and issued a declaration that "Nationwide is not obligated to defend the liability lawsuits." With respect to the defendants' counterclaims, however, the Court denied Nationwide's motion for summary judgment "without prejudice to Nationwide moving for

-1-

summary judgment at a later date as to the defendants' damages claims..." Ruling n.16,17,18.

In support of this motion Nationwide submits the attached Memorandum in Support of Supplemental Motion for Summary Judgment and relies upon the previously submitted Rule 56(c) statement and references documentary evidence previously submitted in connection with the original summary judgment motion [Docket #64, #65, #66, #67, #82, #83, #87].

Alternatively, Nationwide requests that the damages claimed in the counterclaims (consisting of attorney's fees in the defense of the Liability Lawsuits) be limited to the period where the "possibility" of coverage existed.

Wherefore Nationwide respectfully requests that summary judgment enter in its favor and against the defendants on the defendants' counterclaims.

PLAINTIFF,
NATIONWIDE MUTUAL INSURANCE COMPANY


By: /s/ Michael Feldman, Esq.
     Michael Feldman, Esq.
     Feldman & Hickey, LL
     10 Waterside Drive, Ste. 303
     Farmington, CT 06032
     Its Attorney
     Fed. Bar #ct 06649
     (860) 677-0551
     (860) 677-1147 (fax)
     michaelfeldman@feldmanhickey.com

-3-

**CERTIFICATION OF SERVICE**

     I hereby certify that on April 4, 2007, a copy of the foregoing Plaintiff's Supplemental Motion for Summary Judgement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Frank F. Coulom, Jr., Esq.
Maria T. Ackley, Esq.
Erin O'Brien, Esq.
Brien P. Horan, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

and via regular mail to:
Honorable William I. Garfinkel
United States District Court
915 Lafayette Street
Bridgeport, CT 06604

                                         /s/Michael Feldman, Esq.
                                          Michael Feldman, Esq.
                                          Feldman & Hickey, LLC
                                          10 Waterside Drive, Ste. 303
                                          Farmington, CT 06032
                                          Its Attorney
                                          Fed. Bar #ct 06649
                                          (860) 677-0551
                                          (860) 677-1147 (fax)
                                          michaelfeldman@feldmanhickey.com