UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY : | CIVIL ACTION NO. |
| : | 3:00CV1180(CFD) |
| vs. : | |
| : | |
| BRUCE MORTENSEN, ET AL. : | |
| : | |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in this case for:

    Defendants:

| | |
|---|---|
|     Ct-25620 | Jude Francois |
| Connecticut Federal Bar Number | Name |
| | |
|     860-275-8283 | Robinson & Cole LLP |
| Telephone Number | Address |
| | |
|     860-275-8299 | 280 Trumbull Street, Hartford, CT 06103 |
| Fax Number | |
| | |
|     jfrancois@rc.com | 04/25/07 |
| E-Mail Address | |

    /s/
Jude Francois