UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY : | CIVIL ACTION NO. 3:00CV1180(CFD) |
| vs. : | |
| BRUCE MORTENSEN, ET AL. : | April 25, 2007 |

## MOTION FOR EXTENSION OF TIME

The Defendants hereby move for an extension of time of 30 days, or until May 25, 2007, to respond or otherwise move as to Nationwide Mutual Insurance Company's ("Nationwide") Supplemental Motion for Summary Judgment. In support of the present motion, the Defendants represent that:

1. The present coverage action is related to a number of lawsuits brought by Nationwide against its former insurance agents.

2. Among these lawsuits is *Nationwide Mutual Insurance Company, et al. v. David Donaldson,* Docket No. 3:99CV2006 (RNC) which is pending before Chief Judge Chatigny in the United District Court of Connecticut.

3. Jury selection in the *Donaldson* case was scheduled to begin on April 10, 2007.

4. Shortly after the final pre-trial conference which was held on March 26, 2007, the parties were informed by the Court that jury selection would be rescheduled.

5. Counsel believes that the trial will begin imminently.

HART1-1397550-3

6. Counsel for *Donaldson* continues to prepare for trial.

7. The undersigned is also scheduled to begin a three-day jury trial in the matter entitled *Emily Torres v. Sensor Switch, Inc.* Docket No. 3:05-CV-00334 (MRK), which case is pending before the Honorable Mark R. Kravitz.

8. Jury selection is set in the *Torres* matter for May 1, 2007.

9. The jury trial is set to commence on May 29, 2007.

10. The undersigned counsel is preparing for both *Torres* and *Donaldson*.

11. Counsel for Nationwide consents and this is the Defendants' first request for an extension of time in relation to the present motion.

WHEREFORE, the Defendants respectfully submit that the present motion should be granted.

DEFENDANTS,
BRUCE MORTENSEN, ET AL.

By: _____
Frank F. Coulom, Jr. (ct05230)
Email: fcoulom@rc.com
Jude Francois (ct. 25260)
Email: jfrancois@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.: (860)275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that on the 25th day of April 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Frank F. Coulom, Jr.