UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY : | CIVIL ACTION NO. 3:00CV1180(CFD) |
| : | |
| vs. : | |
| : | |
| BRUCE MORTENSEN, ET AL. : | |
| : | May 24, 2007 |

## MOTION FOR EXTENSION OF TIME

The Defendants hereby move that the time to respond or otherwise move as to Nationwide Mutual Insurance Company's ("Nationwide") Supplemental Motion for Summary Judgment be extended for 30 days, or until June 25, 2007.  In support of the present motion, the Defendants represent that:

1. Underlying this insurance coverage lawsuit is the case of *Nationwide Mutual Insurance Company, et al. v. David Donaldson,* Docket No. 3:99CV2006 (RNC), which matter is present before Chief Judge Chatigny in this court.

2. Jury selection in the *Donaldson* case was scheduled to begin on April 10, 2007.

3. Shortly after the final pre-trial conference on March 26, 2007, the parties were informed by the Court that jury selection would be rescheduled.

4. On May 9, 2007, a status conference was held before the Honorable Judge Chatigny in the *Donaldson* case.

5. At the status conference, Judge Chatigny asked the parties to brief a complex issue of law that has not yet been decided by the Connecticut courts.

6. The briefs in the *Donaldon* case is due on June 15, 2007.

HART1-1402480-1

-2-

7. The undersigned is also scheduled to begin a jury trial in the matter entitled *Emily Torres v. Sensor Switch, Inc.* Docket No. 3:05-CV-00334 (MRK), which case is pending before the Honorable Mark R. Kravitz.

8. A jury was selected in the *Torres* matter on May 1, 2007.

9. The undersigned is scheduled to start evidence in the *Torres* case on Tuesday, May 29, 2007.

10. Alicia Perrault, the associate who was assisting the undersigned in preparing for the *Torres* trial recently left Robinson & Cole to take employment with a division of United Technologies Corporation.

11. Because of Ms. Perrault's unexpected departure, more time has been spent in preparing for the *Torres* trial, thus depriving counsel of sufficient time to prepare a response to the pending motion for summary judgment in this case.

12. This is the second request for extension of time in this matter.

13. Given the importance of this matter to the parties, and because no prejudice will result to Nationwide if this motion is granted, the undersigned respectfully requests that the defendants be given an additional 30 days to respond.

14. Counsel for Nationwide does not object to this motion being granted.

WHEREFORE, the Defendants respectfully submit that this motion be granted.

                                         DEFENDANTS,
                                         BRUCE MORTENSEN, ET AL.

By: _____/s/_____
      Frank F. Coulom, Jr. (ct05230)
      Email: fcoulom@rc.com
      Jude Francois (ct25260)
      Email: jfrancois@rc.com
      Robinson & Cole LLP
      280 Trumbull Street
      Hartford, CT  06103-3597
      Tel. No.: (860)275-8200
      Fax No.: (860) 275-8299

## **CERTIFICATION**

This is to certify that on the 24th day of May 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             _____/s/_____
                                             Frank F. Coulom, Jr.