UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY | : |
| | : CIVIL ACTION NO. |
| | : 3:00CV1180(CFD) |
| vs. | : |
| | : |
| BRUCE MORTENSEN, ET AL. | : |
| | : June 25, 2007 |

## MOTION FOR EXTENSION OF TIME

The Defendants hereby move that the time to respond or otherwise move as to Nationwide Mutual Insurance Company's ("Nationwide") Supplemental Motion for Summary Judgment be extended to seven days, or until July 2, 2007. In support of the present motion, the Defendants represent that:

1. This is an action for insurance coverage brought by the Defendants and arising out of the Plaintiff's wrongful refusal to honor the insurance claims submitted to it;

2. The Plaintiff filed a Supplemental Motion for Summary Judgment seeking, *inter alia*, a determination that it did not act in bad faith when it amended its complaint to deny the Defendants' legitimate claims for insurance coverage;

3. The Defendants' Opposition to the Plaintiff's Supplemental Motion for Summary Judgment is due on June 25, 2007;

4. The undersigned Counsel was away from June 19, 2007 through June 24, 2007 at the Annual Meeting of the Attorneys' Liability Assurance Society, Inc. ("ALAS") held in Burmuda;

5. The undersigned is the Loss Prevention Counsel for Robinson & Cole, LLP and is the firm's representative to ALAS;

-2-

6. ALAS is a risk retention group for law firms and is also Robinson & Cole's Professional Liability insurer;

7. The aforementioned prior commitment and the press of business have necessitated the present request;

8. A substantive draft of the response brief has been completed but additional time is needed to complete the draft and to compile all of the necessary supporting documentation;

9. This is the Defendants' third-request for an extension of time; and

10. Counsel for Nationwide does not object to this motion being granted.

WHEREFORE, the Defendants respectfully submit that this motion be granted.

                                            DEFENDANTS,
                                            BRUCE MORTENSEN, ET AL.

By: _____/s/_____
     Frank F. Coulom, Jr. (ct05230)
     Email: fcoulom@rc.com
     Robinson & Cole LLP
     280 Trumbull Street
     Hartford, CT 06103-3597
     Tel. No.: (860)275-8200
     Fax No.: (860) 275-8299

-3-

## CERTIFICATION

This is to certify that on the 25th day of June 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                              _____/s/_____
                                                                                              Frank F. Coulom, Jr.