# Exhibit 5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONWIDE MUTUAL INSURANCE COMPANY, ET AL.,
Plaintiffs,
vs.
PATRICIA BLAND,
Defendant.

NO.: 3:99CV2005 (RNC)

**PERTAINS ONLY TO CASE NO. 3:99CV2006 (RNC)**

February 20, 2007

**DEFENDANT'S EXHIBIT LIST**
**(With Plaintiff's Stipulations)**

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 500 | Agent's Agreement between David Donaldson and Nationwide effective June 1, 1992 | Yes | Yes | Full |
| 501 | Agent's Benefit Statement for David H. Donaldson dated 3-1-99 (Bates: N/W 06991) | Yes | No | |
| 502 | Letter undated from David Donaldson to Galen Barnes announcing resignation of David Donaldson effective close of business on August 31, 1999, with envelope (Bates: N/W 07014 to N/W 07015) | Yes | No | |
| 503 | Excerpt from Minutes of Meeting of Board of Directors on August 30, 1999 re efforts to dissuade defections (Bates: N/W 24284) | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 504 | NW Email dated 8/31/99 from Office of Nationwide Agencies to Agency Leadership Team, Nationwide Insurance Leadership Team, Sales Officers, Sales Managers, et al with numerous bcc's re "Agent Defections" (Bates: N/W 02770 to N/W 02775) | Yes | No | |
| 505 | NW Email dated 8/31/99 from Sandra Popalardo to Linda Bond, Carol Chabra, Jon Chabra, John English, James Shortley, Norris J. Young, et al re "Reflex Action Plan – Cancelled Agent David Donaldson" (Bates: N/W 02776 to N/W 02777) | Yes | No | |
| 506 | Reflex Action Plan Memo for David Donaldson dated August 31, 1999 (Bates: 07016) | Yes | No | |
| 507 | NW Email dated 9/1/99 from Robert Leo to REFLEX ACTION REPORTS re "Update" and forwarding email from Lynn Greenstein to Galen Barnes. The update reports 7 recent defections including Donaldson, Bland, Mortensen and Royko. (Bates N/W 24745) | Yes | No | |
| 508 | NW Email dated September 2, 1999 from Norris J. Young to CT Agents, ME Agents, NH Agents, RI Agents, VT Agents re "Agent Resignations" | Yes | No | |
| 509 | NW Email dated 10/11/99 from Norma J. Estep to Robert Leo with cc Carol Chabra, et al. re "Reflex Action –Terminated Agts CT concerning lockout of Donaldson from computer system (Bates N/W 01823 to N/W 01824) | Yes | No | |
| 510 | NW Email dated 9/23/99 from Norris Young to Carol Chabra et al., re "Reflex Action Plan" --"implemented per instructions" " (Bates: N/W 02504) | Yes | No | |
| 511 | Excerpt of Deposition Testimony given by Steven T. Miles in this matter on January 19, 2000, at p. 6, line 5 to p.7, line 8, and p. 101, lines 9-17 concerning reason for suing former agents | Yes | No | |
| | | | | |



CTDOCS/1682748.1

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 512 | Excerpt of Trial Testimony given by Galen Barnes on January 10, 2005 in *Nationwide Mut. Ins. Co. v. Fleming*, No. EQ 99-50018 (Pa Ct Common Pleas), at p. 88, lines 6-13; p. 120, line 13 to p. 121, line 16; p.125, line 25 to p. 126, line 2; and p. 140 line 15 to p. 141, line 22) concerning adoption of reflex action plan and summary of strategies considered. | Yes | No | |
| 513 | N/W Email dated July 19, 1999 from Lynn Greenstein to Robert Leo and Diana Grapes re "Agency Revenue Projections" and responding email dated July 19, 1999 from Robert Leo to Lynn Greenstein w/ cc to Thomas Crumrine et al re "Agency Revenue Projections" and (Bates N/W 02308 to N/W 02309) | Yes | No | |
| 514 | NW Email dated 7/21/99 from Lorie Kates to Mark Pizzi, CT Starr "Final Document NY/PA" with cc to Drema McCormick with attached "Agent Defection Summary" (Bates: ATIONE 1842 to ATIONE 1845) | Yes | No | |
| 515 | Calendar Entries for July 22, 1999 meetings with Galen Barnes re "Defections" (Bates: N/W 24912 and N/W 24744 | Yes | No | |
| 516 | NW Email dated 7/22/99 from George Macklin to Robert Leo with cc Tom Dietrich re "NY Agent Defections" (Bates: N/W 02324) | Yes | No | |
| 517 | Calendar Entry for July 29, 1999 meeting with Tom Crumrine, Richard Waggoner and Tom Dietrich re "Agent-Defection -Ideas/Approaches" (Bates: N/W 24916 and N/W 24360) | Yes | No | |
| 518 | Memo from Tom Dietrich to Tom Crumrine, Rick Waggoner et al w/cc to Galen Barnes, Randy Orr, Tom Starr et al re "Agent Defections" (Bates: N/W 24311 to N/W 24312) | Yes | No | |
| 519 | NW Email dated 8/2/99 from CT Starr to Henry Bradley and Robert Leo with cc Tom Dietrich, Tom Crumrine, et al re "Agency Defection Discussion Meeting Notes" (Bates: ATTITWO 001728) | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 520 | Memo entitled "Agency Defection Discussion August 2, 1999 Notes" (redacted and unredacted versions) (Bates: N/W 24700 and ATTITWO 001730) | Yes | No | |
| 521 | NW Email dated 9/11/99 from Rick Waggoner to Galen Barnes with cc Tom Crumrine, et al re "Agent Defection" with handwritten note, "Carole I concur to litigate" (Bates: N/W FEDSUPPONE 0000709) | Yes | No | |
| 522 | Memorandum dated April 9, 1999 from Mike Casey to Defense to Agency Acquisition Team re "Minutes from April 8, 1999 Meeting" (Bates: N/W 07738 to N/W 07741). | Yes | No | |
| 523 | Memorandum entitled "Defense to Agency Acquisition" (Bates: N/W 07721 to N/W 07725). | Yes | No | |
| 524 | Document entitled "PROJECT SCOPE—Defense to Agency Acquisition" (Bates: N/W 07730 to N/W 07731) | Yes | No | |
| 525 | Memo dated May 20, 1999 from Roy Bowerman and Cyndi Tolsma to Steve George, Tom Starr, Dean Racine et al re "Pennsylvania Agency Defections" (Bates: ATIONE 1862) | Yes | No | |
| 526 | NW Email dated September 10, 1999, from R. Lindsey McCutchan to Thomas Crumrine, Richard Kline, Mark Pizzi, C. T. Starr, II, Richard Waggoner and Charles Wollenzien re "NY Agent Defection Update", with Waggoner reply and forwarding copy to Galen Barnes et al (Bates: N/W 24301 to N/W 24303). | Yes | No | |
| 527 | NW Email dated 3/24/99 from Randall Orr to Roy Bowerman with cc Thomas Dietrich, CT Starr et al re "pa agent defections" (Bates: ATIONE 2380) | Yes | No | |
| 528 | NW email dated 11/8/99 from Napoleon Andrews to Robert Leo re "Reflex Agent" with reply email from Leo cc'd to Tom Dietrich, Randall Orr, et al (Bates N/W 02043 to N/W 02044) | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 529 | NW Email dated 11/8/99 from Randall Orr to Daniel Whaley with cc John English et al re "Resignation as a Nationwide Independent Contractor Agent" (Bates: N/W 02050) | Yes | No | |
| 530 | NW Email dated 9/9/99 from Charles Wollenzien to Rick Waggoner et al re "Agent Defection Update " with forwarding email dated 9/10/99 from Waggoner to Galen Barnes, Tom Crumrine et al and attached, redacted Memo dated 9/9/99 from Charles Wollenzien to Rick Waggoner and Tom Crumrine re "Agent Defection Update" (Bates: N/W 24773 to N/W 24775) | Yes | No | |
| 531 | NW Email dated March 16, 2000 from Norris Young Jr. to CT Starr re Defections (Bates: N/W 24524 to N/W 24526). | Yes | No | |
| 532 | Outline dated 5/27/99 entitled "Pennsylvania Agency Defection Plan Summary" with handwritten notes (Bates: ATIONE 1730 to 1731) | Yes | No | |
| 533 | Outline entitled, "Agency Defection Strategy Meeting May 28, 1999" with handwritten notes (Bates: FEDSUPPONE 0000237 To FEDSUPPONE 0000238) | Yes | No | |
| 534 | NW Email dated March 29, 2001 from James Shortley to Richard Waggoner re defectors "leaving the business" (Bates: N/W 24886). | Yes | No | |
| 535 | NW Email dated February 18, 2001 from Mark Pizzi to David Dewez with copy to Nationwide Insurance Leadership Team stating "Hit any defection with extreme prejudice; the defecting agency hard and fast. (Bates: N/W 24688). | Yes | No | |
| 536 | NW Email dated March 5, 1999 from Edward Cooper to Robert Leo, re "Reflex Action Plan" and hiring away defecting agent's office manager (Bates: N/W 02555). | Yes | No | |
| 537 | Letter dated September 16, 1999 from Bruce Mortensen to Steve Miles (Bates: 22741) | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 538 | NW Email from Galen Barnes to Lynn Greenstein with cc Tom Crumrine et al re "Agency Defections" (Bates: N/W 02714) | Yes | No | |
| 539 | NW Email dated 8/13/99 from Galen Barnes to Thomas Crumrine, Rick Waggoner et al re "Agents' Defections" (Bates: N/W 24920) | Yes | No | |
| 540 | NW Email dated 6/1/99 from Cynthia T Tolsma to Charles Wollenzien, CT Starr et al re "PA Agency Defection Action Plan" with attached plan summary (Bates: ATIONE 1719 to ATIONE 1724) | Yes | No | |
| 541 | N/W Email dated 6/19/99 from Douglas H. Eyster to Robert Leo re "pa/ny action plan" with attached Pennsylvania/New York Agency Defection Action Plan Summary. (Bates N/W 02948 to N/W 02954) | Yes | No | |
| 542 | Memorandum entitled, "Agency Defection: Building the Great Wall of Defense" (Bates: N/W 24436 to N/W 24439) | Yes | No | |
| 543 | Series of email messages showing tracking of financial impact of agency defections for period before commencement of action against David Donaldson: | | | |
| | 543A N/W Email dated 6/3/99 from Robert Leo to Roy Bowerman, Thomas Crumrine, et al., re "Reflex Action Plan" with attached premium at risk report (Bates N/W 02601 to N/W 02602) | Yes | No | |
| | 543B NW Email dated 7/19/99 from Robert Leo to Lynn Greenstein with cc Thomas Crumrine, et al., re "Agency Revenue Projections" (Bates: N/W 02308 to N/W 02309) | Yes | No | |
| | 543C NW Email dated 7/19/99 from Robert Leo to Reflex Action Reports re "Report Updated" (Bates N/W 02307) | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| | 543D NW Email dated 8/5/99 from Robert Leo to Reflex Action Reports re "Update" (Bates: N/W 02378) | Yes | No | |
| | 543E NW Email dated 8/9/99 from Robert Leo to Lynn Greenstein forwarding email from Jennifer Whipple re "Draft Charts" with attachment (Bates: N/W 02757 to N/W 02758) | Yes | No | |
| | 543F E-mail dated September 1, 1999 from Lynn Greenstein to Galen Barnes re "Update #2" (N/W 24759 to N/W 24760). | Yes | No | |
| | 543G NW Email dated 10/8//99 from Robert Leo to Reflex Action Reports re "Agent Defection" (Bates: N/W 01829) | Yes | No | |
| 544 | NW Email dated 10/29/99 from Lucille Brink to Richard Waggoner and Tom Crumrine with cc Galen Barnes et al., re "Agent Defection Impacts in 2000 Revenue Plans" (Bates: N/W 24954 to N/W 24955 ) | Yes | No | |
| 545 | Series of email messages showing ongoing tracking of financial impact of agency defections for period after commencement of action against David Donaldson: | | | |
| | 545A NW Email dated 11/2/99 from Robert Leo to Reflex Action Reports re "Additional Defections" (Bates: illegible) | Yes | No | |
| | 545B NW Email dated 11/8/99 from Robert Leo to Reflex Action Reports, no subject (Bates: N/W 02065) | Yes | No | |
| | 545C NW Email dated 12/3/99 from Robert Leo to Lynn Greenstein, John English, Norris J. Young, James Shortley, et al., no subject | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| | (Bates: N/W 02113 to N/W 02115) | | | |
| | 545D NW Email dated 1/5/00 from Robert Leo to Reflex Action Reports re "Reflex Agency Defections" (Bates: N/W 24382) | Yes | No | |
| | 545E NW Email dated 1/17/00 from Robert Leo to Lynn Greenstein, Tom Crumrine, et al re "Reflex Report" (Bates: N/W 24401 to N/W 24402) | Yes | No | |
| | 545F NW Email dated 2/8/00 from Robert Leo to Reflex Action Reports re "Reflex Agency Defections" (Bates: N/W 24487) | Yes | No | |
| | 545G NW Email dated 7/31/00 from Thomas Crumrine to Agency Cabinet re "Board of Directors Report" (Bates: N/W 24986) | Yes | No | |
| 546 | Excerpt from July 26, 2000 Meeting of Board of Directors of Nationwide Mutual Insurance Company (Bates: N/W 24287) | Yes | No | |
| 547 | Excerpt of Board Minutes dated 11/2/99 re " Minutes of a Regular Board Meeting of the Board of Directors of Nationwide Mutual Insurance Company" " (Bates: N/W 24285 to N/W 24286) | Yes | No | |
| 548 | Excerpt from July 26, 2000 Meeting of Board of Directors of Nationwide Mutual Insurance Company (Bates: N/W 24287) | Yes | No | |
| 549 | "Nationwide Insurance Board Report, Galen Barnes, August 1, 2001" (Bates: NW K&N 21328 to NW K&N 21343) | Yes | No | |
| 550 | Affidavit dated April 16, 2001 of Galen R. Barnes in Support of Plaintiffs' Motion for a Protective Order | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 551 | Sample of monthly Reflex Action Program Premium and Policy Retention Report (report date 2/29/00) | No | No | |
| 552 | Series of email messages showing need to stop initial "defections" in other states: | | | |
| | 552A N N/W Email dated 7/28/99 from Tom Crumrine to Tom Starr re "Agency Defections" (Bates: N/W 24917) | Yes | No | |
| | 552B NW Email dated April 5, 2000 from Thomas Crumrine to C.T. Starr re "Agent Defection in Ohio" (stop string of defections in Ohio) (Bates: N/W 24981) | Yes | No | |
| | 552C NW Email dated August 14, 2000 from James Merhar to Richard Waggoner to re "Reflex Action Plan – Roger Lewis, # 09-1837" (first Florida defection) (Bates: N/W 24825) | Yes | No | |
| | 552D NW Email dated August 25, 2000 from Thomas Crumrine to CT Starr re "Agent Defection – Texas" ("curtail agents defecting and taking business") (Bates: N/W 24987) | Yes | No | |
| | 552E NW Email dated September 19, 2000 from Galen Barnes to David Hollingsworth re "Ohio Heads Up" "additional defections could be triggered because Nationwide is already uncompetitive" (Bates: N/W 24830 to N/W 24831) | Yes | No | |
| | 552F NW Email dated January 2, 2001 from Richard Waggoner to Russell Whistler re "Ohio Defection" (Bates: N/W 24858) | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| | 552G NW Email dated 2/18/01 from Mark Pizzi to David Dewez and Richard Waggoner re "Agency Strategy" with forwarding email from Richard Waggoner to NILT (Bates: N/W 24688) | Yes | No | |
| | 552H E NW Email dated May 25, 2001 from Galen Barnes to Richard Waggoner et al., re TN Homeowners" (ready for defections in Tennessee) (Bates: N/W 24724). | Yes | No | |
| | 552I NW Email dated June 18, 2001 from David Dewez to C.T. Starr re "Reflex Situation – Peter Frank" (first NYC market defection) (Bates: N/W 24725) | Yes | No | |
| | 552J NW Email dated May 13, 2001 from Kathy Stumph to Lynn Greenstein no subject (Bates: N/W 24702) | Yes | No | |
| | 552K NW Emails dated September 4-6, 2001 between Richard Waggoner, Nationwide Insurance Leadership Team and others re "Agent Defection" (Bates: N/W 24304 to N/W 24305) | Yes | No | |
| 553 | 553A NW Email dated 3/30/99 from Richard Kline to Thomas Dietrich re "Hostile Agencies" with forwarding email to Randall Orr and Orr reply (Bates: N/W 02838 to N/W 02839) | Yes | No | |
| | 553B N/W Email dated July 27, 1999 from Cynthia Tolsma to Robert Leo (no subject) (Bates: N/W 02335) | Yes | No | |
| | 553C NW Email dated 9/10/99 from Cynthia Tolsma to CS Cummins, et al re "Agent Defection Team Meeting – 9/10/99" (Bates: | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| | FEDSUPPONE 0000356) | | | |
| | 553D N/W Email dated 11/10/99 from Cynthia Tolsma to Roy Bowerman et al., re "Action Steps from 11/9 Agent Defection Team Meeting" (Bates: 02072) | Yes | No | |
| | 553E N/W Email dated 1/31/00 from Cynthia Tolsma to Charles Wollenzien re "Reflex" (Bates: 24443) | Yes | No | |
| 554 | Plaintiffs' Complaint, dated October 14, 1999 (without exhibits) | Yes | No | |
| 555 | Plaintiffs' First Amended Complaint, dated November 8, 1999 (without exhibits) | Yes | No | |
| 556 | Affidavit of Nationwide Sales Manager, Steven T. Miles, dated October 9, 1999 and filed in this action (without exhibits) | Yes | No | |
| 557 | Nationwide's Responses to Requests for Admission, dated 2/16/00, request nos. 34, 41, 44, 76-77, 126, and 140. | Yes | No | |
| 558 | Nationwide's Responses to Supplemental Interrogatories, dated 2/14/00, interrogatory no. 1. | Yes | No | |
| 559 | E-mail dated September 16, 1999, from Daniel H. Stottmann to Mark Pizzi, et al., re New York Accord Form – cancellation requests," with attachments and forwarding emails to Thomas Crumrine, CT Starr et al (N/W 02454-02456). | Yes | No | |
| 560 | New England Agency Defections Best Practices Manual, cover page and Addendum D, "ACORD Form Procedures for Defected Agencies" | Yes | No | |
| 561 | Letter dated March 21, 2000 from Nationwide to Raymond Bill. | Yes | No | |
| 562 | Deposition Testimony of Galen Barnes in *Nationwide Mutual Ins. Co. v. Kerr*, p. 14, lines 6 to p. 15, line 8; and p. 38, lines 13-18. | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 563 | Deposition Testimony of Steven T. Miles on January 19, 2000, p. 4, lines 1-5; p. 6 lines 5-18 & 24-25; p. 7, lines 1-8; p. 8, lines 2-6 & 16-19; and p. 25, line 21 to p. 28, line 13. | Yes | No | |
| 564 | Commission Statements sent by Nationwide to David Donaldson after he terminated his contract as of August 31, 1999. | Yes | No | |
| 565 | Production Reports sent by Nationwide to David Donaldson after he terminated his contract as of August 31, 1999. | Yes | No | |
| 566 | Commission Statements sent by Nationwide to Bruce Mortensen after he terminated his Agent's Agreement as of August 31, 1999. | Yes | No | |
| 567 | Production Reports sent by Nationwide to Bruce Mortensen after he terminated his Agent's Agreement as of August 31, 1999. | Yes | No | |
| 568 | Letter dated May 23, 2000 from former Nationwide agent Ronald Morin to Deborah S. Freeman re "2d Follow up to your memo of May 1, 2000 - Contingency Bonus from Nationwide" (Bates nm 0029) [demanding reports to the amount of withheld bonus] and follow-up letter dated July 13, 2000 (Bates: nm 0025). | Yes | No | |
| 569 | Letter dated July 17, 2000 from Deborah S. Freeman to Ronald Morin re "Your Questions About A Contingency Bonus" (Bates nm 0024) [acknowledging that Morin's demands have sent to Nationwide's Office of General Counsel] (Bates: nm 0024). | Yes | No | |
| 570 | Letter dated August 25, 2000 from former Nationwide agent Ronald Morin to Deborah S. Freeman re "Contingency Bonus for 1999" (Bates nm 0020 to nm 0023) [stating inter alia that Nationwide has provided request earnings report and attaching a copy "prepared 7/18/00] | Yes | No | |
| 571 | Samples of charge back letters with attached commission statements forwarded by Nationwide to former agents. | Yes | No | |
| | | | | |

CTDOCS/1682748.1

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 572 | Memo dated 3/25/94 from David Donaldson to from Mitchell re "DCIC" (Bates N/W 07005 to N/W 07007) | Yes | No | |
| 573 | Samples of mailings by Nationwide to former agents marked "Confidential": | | | |
| | A. Letter dated October 10, 2003 from Steve Miles of Nationwide to Bonnie Johnson | Yes | No | |
| | B. Letter dated November 28, 2005 from Michael Spalding of Nationwide to Johnson Agency | Yes | No | |
| | C. Form 1099-Misc from Nationwide to D. Donaldson | Yes | No | |
| | D. Four commission payments from Nationwide to Ronald Morin | Yes | No | |
| 574 | Representative Annual Report filed by Nationwide with Connecticut State Department of Insurance. | Because this Exhibit has never been provided, Nationwide cannot stipulate at this time | Because this Exhibit has never been provided, Nationwide cannot stipulate at this time | |
| 575 | Web page from the Connecticut Insurance Department re: rate quotations on-line. | No | No | |
| 576 | Sample Rate Filing Letters from Nationwide to Connecticut Insurance Department | Yes | No | |
| 577 | Sample Requests for Quote with screen prints of policyholder information supplied by Nationwide agents to non-Nationwide agents | | | |
| | A. Progressive Quote Sheet | No | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| | B. Fax to Chris Hindle from Azzaro Insurance Agency dated 5/30/01<br>C. Fax from Rosemary L. Wolkon dated 1/30/02<br>D. Fax from Sardilli Insurance Agency dated 10/2/02<br>E. Fax from Sardilli Insurance Agency dated 10/4/02 | No<br>No<br>No<br>No | No<br>No<br>No<br>No | |
| 578 | Affidavit of Jamie Fried, dated October 3, 2002 and filed by Nationwide in this action, paragraphs 1-2, & 20 with referenced exhibits 22-23 | Yes | No | |
| 579 | Defendant Robert York's Responses to Interrogatory nos. 2, 3 10 & 11, served on Nationwide in *Nationwide Mut. Ins. Co. v. York*, on September 29, 2000, and bearing receipt stamp of Bingham Dana LLP. | Yes | No | |
| 580 | Calendar of Robert York, marked as Nationwide's Exhibit 12 in *Nationwide Mut. Ins. Co. v. York*, No. CV-092334 (CT Super) | Yes | No | |
| 581 | Decision in *Wolcott v. Nationwide Mut. Ins. Co.*, 664 F. Supp. 1533 (S.D. Ohio 1987) | Yes | No | |
| 582 | *Agency Administration Handbook & Management Guide*, pp 511-535 (1995 Edition). | Yes | No | |
| 583 | *Sales Management Policies Manual*, pp. AA8 to AA18 (1986 Edition) | Yes | No | |
| 584 | Nationwide standard form Agent's Agreement, (1965 Edition) [between Jonathan Harlow and Nationwide]. | Yes | No | |
| 585 | Nationwide standard form Agent's Agreement (7/1/69 edition) [between James Lydon and Nationwide]. | Yes | No | |
| 586 | Nationwide standard form Agent's Agreement (7/1/69 edition) [between Robert H. Bardin and Nationwide]. | Yes | No | |
| 587 | Excerpt of testimony of Richard Stewart in *Darden v. Nationwide Mut. Ins. Co.*, No. 83-96-CIV. (E.D.N.C.). | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 588 | Nationwide standard form Agent's Agreement (1/1/77 edition) [between R.T. Darden and Nationwide.] | Yes | No | |
| 589 | Nationwide standard form Agent's Agreement (1/1/1981 edition) [between Nationwide and Carl W. Stenger III]. | Yes | No | |
| 590 | Nationwide standard form Agent's Agreement (3/1/83 edition) [between Carl W. Stenger III and Nationwide]. | Yes | No | |
| 591 | Nationwide standard form Agent's Agreement (7/1/85 edition) [between Robert York and Nationwide]. | Yes | No | |
| 592 | Nationwide standard form Agent's Agreement (1/1/86 edition) [between Richard Fraser and Nationwide]. | Yes | No | |
| 593 | Nationwide standard form Agent's Agreement (1/1/87 (Corrected edition) [between Carl W. Stenger III and Nationwide]. | Yes | No | |
| 594 | Nationwide standard form Agent Employment Agreement for Employee Agents (1987 Edition). | Yes | No | |
| 595 | Decision in *Nationwide Mutual Ins. Co. v. Stenger*, 695 F. Supp. 688, 692 (D. Conn. 1988). | Yes | No | |
| 596 | Independent Contractor Agent's Agreement (Eff. 3-20-00). | Yes | No | |
| 597 | Systems Service and Support Agreement for Nationwide Insurance Exclusive Agents (9/29/00 edition). | Yes | No | |
| 598 | NW Email dated 11/7/01 from Mark A. Precise to Sal Rizzo re "Aging Anywhere Service and Support Agreement" | Yes | No | |
| 599 | Nationwide bulletin dated November 16, 2000 entitled, "Strategic Direction, Other – More Answers to your Agency Anywhere Questions" (Bates: N/W 23761 to N/W 23764) | Yes | No | |
| 600 | Defense to Agency Acquisition, March 26, 1999 (Bates: N/W 07732-N/W 07737). | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 601 | Defense to Agency Acquisition, Final Proposal (Bates: N/W 07727-N/W 07728). | Yes | No | |
| 602 | E-mail dated August 2, 1999 from C. T. Starr, II to Henry Bradley and Robert Leo, re: Agency Defections Discussion Meeting Notes (Bates: N/W 02355). | Yes | No | |
| 603 | Draft Independent Contractor's Agent Agreement (eff. 9-30-99) (Bates: N/W 03408 to N/W 03420) | Yes | No | |
| 604 | Draft Independent Contractor's Agent Agreement (eff. 1-30-00) | Yes | No | |
| 605 | NW Email dated 9/3/99 from Robert Leo to Randall Orr with cc John English, Henry Bradley, Tom Dietrich, Tom Starr et al re "The supplemental letter" with the attached letter (Bates: ATITWO 001895 to ATTITWO 001896) and Orr email replying to same dated September 7, 1999 (Bates: N/W 02433) | Yes | No | |
| 606 | N/W email dated 9/8/99 from Alex Rodriguez to Robert Leo re "Revised letter" with attached letter re "Assignment of Policyholders" (Bates N/W 02794 to N/W 02795) | Yes | No | |
| 607 | Excerpt from 10/28/99 edition of Reflex Action Plan, pp. 1-3 & 10 | Yes | No | |
| 608 | Series of letter agreements re: "Assignment of Policyholders": | | | |
| | A. From Joe Young to Joe Angelovic, dated 2/16/00 (Bates: N/W 05905 to N/W 05906) | Yes | No | |
| | B. From Joe Young to David Banas, dated 2/16/00 (Bates: N/W 05907 to N/W 05908) | Yes | No | |
| | C. From Joe Young to Jim Walsh, dated 2/16/00 (Bates: N/W 05964 to N/W 05965) | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| | | | | |
| 609 | Comparisons of select provisions of 1987 Agent's Agreement to March 2000 Independent Contractor Agent's Agreement | Because this Exhibit has never been provided, Nationwide cannot stipulate at this time | Because this Exhibit has never been provided, Nationwide cannot stipulate at this time | |
| 610 | Comparisons of select provisions of A0A Lease Agreement to Systems Service and Support Agreement and unissued AOL Leases. | Because this Exhibit has never been provided, Nationwide cannot stipulate at this time | Because this Exhibit has never been provided, Nationwide cannot stipulate at this time | |
| 611 | Memorandum from Tom Crumrine to Nationwide agents re Deferred Compensation Incentive Credits, dated June 14, 1999. | Yes | No | |
| 612 | *Career Agent Benefits Handbook*, pp. ii and ASCP-1 through ASCP-6 (10-1-95). | Yes | No | |
| 613 | *CASH Manual* excerpt re Agent's Security Compensation Plan (Bates: N/W 23874 to N/W 23876) | Yes | No | |
| 614 | Agency Security Compensation Plan Brochure | Yes | No | |
| 615 | Brief of Appellants [Nationwide] in *Plazzo v. Nationwide Mutual Insurance Company*, No. C 87-421A (May, 1989). | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 616 | Page 8 of 21 of Document No. 265 filed by Nationwide in Case No. 3:99-CV-02005 RNC on July 14, 2005 | Yes | No | |
| 617 | Reply Brief For Petitioners [Nationwide] in *Nationwide Mutual Ins. Co. v. Darden*, U.S. Supreme Court No. 90-1802, filed January 14, 1992. | Yes | No | |
| 618 | Defendants' [Nationwide's] Memorandum in Support of its Motion for Summary Judgment filed in *Lydon v. Nationwide Mutual Insurance Company, Inc., et. al.,* Civ. No. 91-11971-NG (D. Mass.), dated May 19, 1995. | Yes | No | |
| 619 | Brief of Defendants-Appellees, [Nationwide] in *Darden v. Nationwide Mut. Ins. Co.*, U.S. Court of Appeals for the Fourth Circuit, No. 85-1623 (submitted September 13, 1985). | Yes | No | |
| 620 | Brief For Petitioners [Nationwide] in *Nationwide Mut. Ins. Co. v. Darden*, U.S. Supreme Court No. 90-1802, filed November 27, 1991. | Yes | No | |
| 621 | Excerpt of testimony of Robert Leo in *Harlow v. Nationwide Mutual Insurance Company,* Civ. No. N-84-503 (D. Conn) (JAC) (October 24, 1985). | Yes | No | |
| 622 | Allstate R3001C Exclusive Agency Agreement, dated 11/1/99. | No | No | |
| 623 | Farmer's Insurance Group of Companies Agent Appointment Agreement. | No | No | |
| 624 | State Farm Agent's Agreement (Form AA97, 1-1-97) | No | No | |
| 625 | State Farm Agent's Agreement (Form AA4, 1-1-82) | No | No | |
| 626 | State Farm Agent's Agreement (Form AA3, 1-1-77) | No | No | |
| 627 | Memo dated 1/29/02 from Bill Ramsden to Nationwide Insurance Agents re "2002 Agency Strategy – Agency Choice Plus" | Yes | No | |
| 628 | N/W Email dated 8/15/99 from Galen Barnes in reply to Barry Ziegler email re "We must be the Laughing Stock" (Bates; N/W 01545 to N/W 01546). | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 629 | Answer of Nationwide to Plaintiff's Complaint filed on September 21, 2000 in *Fraser v. Nationwide Mut. Ins. Co.*, No. 98-CV-6726 (E.D. Pa) | Yes | No | |
| 630 | NW Email dated 4/20/99 from Robert Leo to James Walsh with cc to Steven Miles, Norris J Young, et al., re "Re: Cancelled Agents Business Transferred" responding to email from James Walsh (Bates: N/W 02858 to N/W 02859) | Yes | No | |
| 631 | NW Email dated 4/26/99 from Robert Leo to Sandra Popalardo with cc to Norris Young, Steven Miles re "Reflex Action Plan" (Bates: N/W 02868) | Yes | No | |
| 632 | NW Email dated 4/29/99 from James Walsh to Norris Young re "Re: Reflex Action Plan" (Bates: N/W 02881) | Yes | No | |
| 633 | NW Email dated 5/10/99 from Norris Young to Robert Leo re "Walsh/Jeavons" with series of emails from Sandra Popalardo, Steven Miles, David Herring, and Jonathan Chabra (Bates: N/W 02896 to N/W 02897) | Yes | No | |
| 634 | NW Email dated 6/14/99 from Robert Leo to Charles Wollenzien et al with cc Norris J. Young, et al., re "Reflex Action Program-CAT" (Bates: N/W 02614 to N/W 02615) | Yes | No | |
| 635 | NW Email dated 6/21/99 from Ruthmary Mangan to Richard Kline, Norris J. Young, Steven Miles, et al., with cc to Robert Leo re "Reflex Action Plan Update" (Bates: N/W 02626 to N/W 02627) | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 636 | NW Email dated 7/8/99 from David Herring to Norris J. Young, James Shortley, et al with cc John English, et al., re "REFLEX Action Program – J. Maciorowski, #06-24312" (Bates: N/W 02230 to N/W 02231) | Yes | No | |
| 637 | NW Email dated 7/16/99 from Robert Leo to Reflex Action with cc to Richard Kline, Norris J. Young, et al re "Reflex Action Plan" (Bates: N/W 02712 to N/W 02713) | Yes | No | |
| 638 | NW Email dated 7/28/99 from Robert Leo to Mervin Bartholow, Richard Kline, Norris J. Young, et al re "Reflex Action Retention Report" (Bates: N/W 02724) | Yes | No | |
| 639 | NW Email dated 8/31/99 from James Langenbach to Robert Yoho re "Reflex Action Plan – Patricia Bland" (Bates: N/W 06821) | Yes | No | |
| 640 | NW Email dated 8/31/99 from Sandra Popalardo to Robert Leo re "Reflex Action Plan – Bruce Mortensen" (Bates: N/W 02767) | Yes | No | |
| 641 | NW Email dated 8/31/99 from Sandra Popalardo to Linda Bond, Carol Chabra, Jon Chabra, John English, James Shortley, Norris J. Young, et al., re "Reflex Action Plan – Patricia Bland" with attached Reflex Action Plan memo (Bates: N/W 02768 to N/W 02769) | Yes | No | |
| 642 | New England Agency Defections Best Practices | Yes | No | |
| 643 | N/W Emails dated 9/1/99 to 9/2/99 re "CT customer phone numbers" (Bates N/W 02779 to N/W 02780) | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 644 | NW Email dated 9/2/99 from Sandra Popalardo to Linda Bond, Carol Chabra, Jon Chabra, John English, James Shortley, Norris J. Young, et al re "Reflex Action Plan – Gregory Royko" with attached Reflex Action Plan memo (Bates: N/W 02785 to N/W 02786) | Yes | No | |
| 645 | NW Email dated 9/3/99 from Robert Leo to Mary Sabine with cc to Norris Young, Jon Chabra, Carol Chabra, et al., re "Reflex Agents from CT new Letter" with attachment (Bates: N/W 02787) | Yes | No | |
| 646 | NW Email dated 11/30/99 from Sandra Popalardo to Reflex Action Plan re "Ed McMahon Defection - #06-2083" with cc to John English, Carol Chabra et al " (Bates: N/W 02102 to N/W 02103 ) | Yes | No | |
| 647 | NW Email dated 8/30/99 from Jon Chabra to David Herring with cc Norris J. Young re "Berg/Bardin" and 6 subsequent emails re same subject (Bates: N/W 02137 to N/W 03138) | Yes | No | |
| 648 | NW Email dated 12/7/99 from James Walsh to Clark Hartman with cc Norris Young et al re "Persistency on Transferred Auto and Fire from cancelled agent" (Bates: N/W 02144 to N/W 02145 ) | Yes | No | |
| 649 | NW Email dated 12/14/99 from David Meyer to Thomas Crumrine, Steven Miles, James Shortley, Norris J. Young et al with cc Tom Dietrich, Randall Orr, Lindsey McCutchan et al., re "Connecticut Agent Defections - Status" with forwarding email from Richard Waggoner to NILT (Bates: N/W 24363) | Yes | No | |
| 650 | Memo dated 12/14/99 from David Meyer to Thomas Crumrine, Steven Miles, James Shortley, Norris J. Young et al with cc Tom Dietrich, Randall Orr, Lindsey McCutchan et al re "Connecticut Agent Defections - Status" (Bates: N/W 24366 to N/W 24367) | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 651 | NW Email dated 1/14/00 from Sandra Popalardo to Reflex Action Plan re "CT Agent Robert Bokus #06-1923/effective 1/16/00" with attached Reflex Action Plan memo (Bates: N/W 01701 to N/W 01702) | Yes | No | |
| 652 | NW Email dated 2/16/00 from Galen Barnes to James Walsh with cc Norris Young et al., re "Agent Defection Meeting" (Bates: N/W 24806 to N/W 24807) | Yes | No | |
| 653 | Memorandum dated 11/1/99 from Rich Kline re "Actions against former Nationwide Agents" | Yes | No | |
| 654 | Memorandum dated 11/1/99 from Richard Kline and Mark Pizzi to All NY Agents re "Actions against former Nationwide Agents" (Bates: N/W 07839) | Yes | No | |
| 655 | Memo dated November 23, 1999 from John Hults, Sales Officer, to Maryland Agencies re "Agent Resignations/Competitor" | Yes | No | |
| 656 | Memo dated June 2, 2000 from Alan Baker with cc to Tom Starr and Bill Ramsden to North Carolina Nationwide Insurance Agents re "Competition by Former Agents" | Yes | No | |
| 657 | NW Email dated June 6, 2000 from Norris J. Young to CT Agents re "Competition by Former Agents - Important" | Yes | No | |
| 658 | Letter dated February 23, 2000 from Bingham to Gregory Royko re "Cancellation of Nationwide Agent's Agreement | Yes | No | |
| 659 | Letter dated February 23, 2000 from Bingham to Bonnie Johnson re "Cancellation of Nationwide Agent's Agreement | Yes | No | |
| 660 | Letter dated February 23, 2000 from Bingham to Robert Bokus re "Cancellation of Nationwide Agent's Agreement | Yes | No | |
| 661 | Letter dated March 2, 2000 from Bingham to Robert Bokus re "Cancellation of Nationwide Agent's Agreement" | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 662 | Letter dated March 8, 2000 from Bingham to Robert Bokus re "Cancellation of Your Nationwide Agent's Agreement" | Yes | No | |
| 663 | Letter dated March 8, 2000 from Bingham to Ronald Morin re "Cancellation of Your Nationwide Agent's Agreement" | Yes | No | |
| 664 | Letter dated March 10, 2000 from Bingham to Ronald Morin re "Cancellation of Nationwide Agent's Agreement" | Yes | No | |
| 665 | Letter dated March 10, 2000 from Bingham to Diane Deming re "Cancellation of Nationwide Agent's Agreement" | Yes | No | |
| 666 | Letter dated March 10, 2000 from Bingham to John Marcucilli re "Cancellation of Nationwide Agent's Agreement" | Yes | No | |
| 667 | Letter dated March 10, 2000 from Bingham to Robert Bardin re "Cancellation of Nationwide Agent's Agreement" | Yes | No | |
| 668 | Letter dated May 16, 2000 from Bingham to Robert York re "Cancellation of Nationwide Agent's Agreement" | Yes | No | |
| 669 | Letter dated September 13, 2000 from Nationwide to Marion J. Borchers re "David Howell Howell Insurance & Investments" | Yes | No | |
| 670 | N/W Email dated 1/4/01 from Chris Miller to William Adams et al re "Contract" | Yes | No | |
| 671 | Letter dated September 30, 1999 from Bruce Mortensen to Steve Miles (Bates: N/W 22740) | Yes | No | |
| 672 | NW Email dated 10/6/99 from Cerita Sellers to Steven Miles re "Former Agents' Checks" with reply email from Miles dated 10/8/99 (Bates: illegible) | Yes | No | |
| 673 | NW Email dated 8/31/99 from Randall Orr to Robert Leo with cc John English et al re "Reflex Action" (Bates: N/W 02417) | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 674 | Letter dated March 13, 2000 from Ronald Morin to John English re "Agency Contingency Bonus Loss/Retention" nm 0033 | Yes | No | |
| 675 | Series of letters from Deborah Freeman to former agents re withholding of contingency bonus: | | | |
| | A. Letter dated May 1, 2000 from Deborah S. Freeman to Robert Bokus re "Your Claim to 'Contingency Bonus' from Nationwide" | Yes | No | |
| | B. Letter dated May 1, 2000 from Deborah S. Freeman to Robert Bardin re "Your Claim to 'Contingency Bonus' from Nationwide" | Yes | No | |
| | C. Letter dated May 1, 2000 from Deborah S. Freeman to James Birarelli re "Your Claim to 'Contingency Bonus' from Nationwide" | Yes | No | |
| | D. Letter dated May 1, 2000 from Deborah S. Freeman to Ronald Morin re "Your Claim to 'Contingency Bonus' from Nationwide" (Bates nm 031 to nm 0032) | Yes | No | |
| 676 | Series of letters from Deborah Freeman to former agents re payment of contingency bonus: | | | |
| | A. Letter dated October 24, 2000 from Deborah S. Freeman to Robert Bokus | Yes | No | |
| | B. Letter dated October 24, 2000 from Deborah S. Freeman to Robert | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| | Bardin | | | |
| | C. Letter dated October 24, 2000 from Deborah S. Freeman to James Birarelli | Yes | No | |
| | D. Letter dated October 24, 2000 from Deborah S. Freeman to Bonnie L. Johnson | Yes | No | |
| | E. Letter dated October 24, 2000 from Deborah S. Freeman to James Warner | Yes | No | |
| | F. Letter dated October 24, 2000 from Deborah S. Freeman to John Marcucilli | Yes | No | |
| | G. Letter dated October 30, 2000 from Charles W. Kenrick to Vincent De Angelo | Yes | No | |
| 677 | Letter dated October 24, 2000 from Deborah S. Freeman to Ronald P. Morin (Bates nm 0008) | Yes | No | |
| 678 | E-mail dated April 3, 2000 from Bernard E. Madison to CT Agents re "ACORD Cancellation Form Processing" | Yes | No | |
| 679 | Letter dated March 31, 2000 from Robinson & Cole to Bernard E. Madison | Yes | No | |
| 680 | Letter dated July 17, 2000 from Bernard E. Madison to David Donaldson re "ACORD Cancellation Request Processing" | Yes | No | |
| 681 | Letter dated July 19, 2000 from Robinson & Cole to Bernard E. Madison | Yes | No | |
| 682 | Check from Peerless Insurance Company of Tina Chamberlin and Bruce R. Chamberlin, Jr. dated December 24, 1999. | Yes | Yes | Full |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 683 | Letter dated January 17, 2000 from Fleet Mortgage Group to Bruce R. Chamberlin and Tina L. Chamberlin re Loan No. 201630021 | Yes | Yes | Full |
| 684 | Letter dated January 19, 2000 from Nationwide to whom it may concern re Policyholder Bruce R. Chamberlin Jr. and/or Tina L. Chamberlin | Yes | Yes | Full |
| 685 | Letter dated January 5, 2000 from Department of Motor Vehicles to Bruce R. Chamberlin | Yes | Yes | Full |
| 686 | Letter dated January 20, 2000 from Department of Motor Vehicles to Bruce R. Chamberlin | Yes | Yes | Full |
| 687 | 2 pages of handwritten notes of Tina Chamberlin | No | No | |
| 688 | Letter dated February 2, 2000 from Steven T. Miles to Mr. and Mrs. Bruce Chamberlin | Yes | Yes | Full |
| 689 | N/W Email dated 9/27/99 from Steven Miles to Norris Young re "Donaldson accepting Nwide Payments" (Bates: N/W 05320) | Yes | Yes | Full |
| 690 | Summons and Complaint filed in Nationwide Mutual Ins. Co. v. Lawrence M. Piper and The Piper Agency, No. 78328 (NY Supreme Steuben County), dated November 6, 1998 | Yes | No | |
| 691 | Summons and Complaint filed in Nationwide Mutual Ins. Co. v. Lawrence M. Piper, No. 78957 (NY Supreme Steuben County), dated March 11, 1999 | Yes | No | |
| 692 | Order dated December 11, 2001, by the Supreme Court of the State of New York, County of Steuben, entering Judgment against Nationwide in Nationwide Mutual Ins. Co. v. Lawrence M. Piper and The Piper Agency, No. 78328, and Nationwide Mutual Ins. Co. v. Lawrence M. Piper, No. 78957. | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 693 | Brief of Plaintiff-Appellant (Nationwide) filed with the Appellate Division in Nationwide Mutual Ins. Co. v. Lawrence M. Piper and The Piper Agency, No. 78328, and Nationwide Mutual Ins. Co. v. Lawrence M. Piper, No. 78957 | Yes | No | |
| 694 | Reply Brief of Plaintiff-Appellant (Nationwide) filed with the Appellate Division in Nationwide Mutual Ins. Co. v. Lawrence M. Piper and The Piper Agency, No. 78328, and Nationwide Mutual Ins. Co. v. Lawrence M. Piper, No. 78957 | Yes | No | |
| 695 | Order dated Oct. 1, 2002, by the New York Supreme Court Appellate Division, Fourth Judicial Department affirming Judgment in Nationwide Mutual Ins. Co. v. Lawrence M. Piper and The Piper Agency, No. 78328, and Nationwide Mutual Ins. Co. v. Lawrence M. Piper, No. 78957 | Yes | No | |
| 696 | Complaint filed in Nationwide Mutual Ins. Co., et al. v. Fleming, et al., No. 99-1417 (W.D. Pa) | Yes | No | |
| 697 | Memorandum and Order dated October 2, 2001, entering partial summary judgment against Nationwide in Nationwide Mutual Ins. Co., et al. v. Fleming, et al., No. 99-1417 (W.D. Pa) | Yes | No | |
| 698 | Complaint filed in Nationwide Mutual Ins. Co., et al. v. Joseph P. Kerr, et al., No. 01-2878-I (Tenn. Chancery Ct. Davidson County), dated September 14, 2001 | Yes | No | |
| 699 | Order filed June 26, 2003 entering partial summary judgment against Nationwide in Nationwide Mutual Ins. Co., et al. v. Joseph P. Kerr, et al., No. 01-2878-I (Tenn. Chancery Ct. Davidson County) | Yes | No | |
| 700 | Decision in Harlow v. Nationwide Mutual Ins. Co., Civ. No. N-84-503(JAC), 1987 U.S. Dist. Lexis 8419 (Dist. of CT June 23, 1987). | Yes | No | |
| 701 | Paragraph 17 of Nationwide's standard form Agent's Agreement (1987 edition) | No | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 702 | Affidavit of George Frink (Nationwide Vice President) in *Darden v. Nationwide Mutual Ins. Co.*, Civ. No. 83-96-Civ-3 (E.D.N.C.). | Yes | No | |
| 703 | Excerpt from *Agency Administration Handbook and Management Guide*, pp. 647-659 (Bates: N/W 05152 to N/W 05164). | Yes | No | |
| 704 | *Agency Administration Handbook*, Preface. | Yes | No | |
| 705 | *Career Agent Security Handbook*, Cash Book Table of Contents (F 00230 – F 00231). | Yes | No | |
| 706 | *Agent Office Management Guide*, Forward (N/W 04767). | Yes | No | |
| 707 | *Associate Agent Program Guide*, Forward | Yes | No | |
| 708 | Memorandum of Law in Support of Defendants' [Nationwide's] Motion for Summary Judgment, dated July 14, 1999, filed by Nationwide in *Lettick v.Nationwide Mutual Ins. Co.*, Civ. No. 3:98 CV 1928 (AVC). | No | No | |
| 709 | Ruling on Defendants' Motion for Summary Judgment in *Lettick v.Nationwide Mutual Ins. Co.*, Civ. No. 3:98 CV 1928 (AVC) (D. Conn. March 31, 2000). | Yes | No | |
| 710 | Excerpt of Deposition Testimony of Nationwide by John English given on March 24, 2000 re Code of Ethics (p.7. lines 1-4; and p.26, line 21 to p. 27, line-4. | Yes | No | |
| 711 | Memo dated April 25, 1996 to Hugh Murphy from Tom Dietrich of Nationwide's Office of General Counsel re: Ethics Code Independent Contractor Agents (N/W 07610). | Yes | No | |
| 712 | Memo entitled: "Code of Ethics & Business Practices Agency Manager Introduction to Nationwide Independent Contractor Agents." (N/W 00652-00653). | Yes | No | |
| 713 | E-mail dated Feb. 29, 2000 to Jonathan P. Chabra from Karen L. Hall re Agency Code of Ethics to Agents. (N/W 07676). | Yes | No | |
| 714 | NAS Agency Manager Agreement (N/W 00644 to N/W 00645). | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 715 | NAS Sales Representative Agreement (N/W 00642 to N/W 00643). | Yes | No | |
| 716 | NAS Associate Representative Agreement (N/W 00640 to N/W 00641). | Yes | No | |
| 717 | Nationwide Agency Website pages regarding "Agency Technology Costs Posted on Agency Website". | Yes | No | |
| 718 | Memorandum from Nancy Lasher to ACG agents dated September 3, 1996 with attached AOL Lease Strategy. | Yes | No | |
| 719 | N/W Email dated 9/27/99 from unknown [name redacted] to Nancy Lasher and Lisa Leonard with forwarding email to Mark White re "New Agent Lease Agreement" (Bates: N/W 20808) | Yes | No | |
| 720 | Unissued Draft of Agency On-Line Lease Agreement (Bates: N/W 20813 – N/W 20817)(incorporating rules and guidelines outlined in the Security section of the Quick Reference Guide). | Yes | No | |
| 721 | Unissued Draft of Agency On-Line Lease Agreement (incorporating rules and guidelines outlined in the Security section of the AOL Rules and Guidelines). | Yes | Yes | Full |
| 722 | N/W Email dated 2/3/98 from Mark White to David Herring et al., re "AOL Lease Charges – AOL Lease Agreement" (Bates: N/W 06113) | Yes | Yes | Full |
| 723 | N/W Email dated 5/27/98 from Mark White to Linda Bonini, re "AOL Lease Agreement" (Bates: N/W 06141) | Yes | Yes | Full |
| 724 | E-mail message from Carol D. Chabra to Joe Pizzi dated December 8, 1998 re AOL Rules and Guidelines (N/W 06306). | Yes | Yes | Full |
| 725 | E-mail, dated February 8, 2000, from Carol D. Chabra to Nationwide Agents, regarding AOL Rules and Guidelines. (N/W 02981 - 028982). | Yes | Yes | Full |
| 726 | Excerpt of Deposition Testimony of Nationwide by John English given on March 23, 2000 re AOA Lease (p.7. lines 1-5; p.9, lines 4-10; p. 10, lines 2-8; p. 11, lines 5-14; p. 13, lines 12-21; and p. 99, lines 8-21). | Yes | No | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 727 | Nationwide's Agency Systems Form # 3-2, revised January, 1996 (Bates: N/W 02648) | Yes | No | |
| 728 | N/W Email dated 2/18/99 from Clark L. Hartman to Robert Leo re "Personal Information" with attached email from Carol Chabra to Clark L. Hartman dated 2/18/99 (Bates: N/W 02803) | Yes | No | |
| 729 | N/W Email dated 6/28/99 from Daniel L. Whaley to Pennsylvania Sales Managers with cc Carol Chabra re "CONFIDENTIAL – Reflex Action Plan – AOA Personal Information Retention Process" (Bates: N/W 02970) | Yes | No | |
| 730 | Letter from Cynthia Tolsma at Nationwide to Richard Fraser, dated September 21, 1998 (Bates: NAT 0000145). | Yes | No | |
| 731 | Memo dated September 24, 1998 from Tom Dietrich to Cyndi Tolsma re "Fraser Cancellation" (Bates: NAT000057 to NAT000058) | Yes | No | |
| 732 | Excerpts from Nationwide Agency On-Line Customer Information/Contact Management publication entitled "A New Way of Doing Business," Fall, 1996, (Bates: NAT0000738 to NAT0000740 & NAT0000794 to NAT 0000812). | Yes | No | |
| 733 | Agent's Office Management Guide, pp. AO-65 to AO-66 re AOA Lease Charges | Yes | No | |
| 734 | Nationwide's Agency website regarding workstation shutdown and end-of-day processing, revision date 3/31/99. | Yes | No | |
| 735 | Photograph of Agency Office Automation Manual | No | No | |
| 736 | Agency Office Automation Manual, Forward (1984 edition). | Yes | No | |
| 737 | Agency Office Automation Manual, Beginning of Day, pp. BD-1 through BD-3 (1984 edition). | Yes | No | |
| 738 | Agency Office Automation Manual, Security, pp. BD 51 through BD- 52 (1986 edition). | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 739 | Security Notice from Linda Bonini, AOL Program Officer, to Nationwide AOL Agents regarding On-Line Alert 3 Reports/Agency Security, with "AOA Self Study" brochure. | Yes | No | |
| 740 | Nationwide pamphlet entitled "Enhanced Security" (Agency Training/December 93/APA). | Yes | No | |
| 741 | Agency Technology Rules and Guidelines (Form aa101600) (Bates: N/W 2370 to N/W23745) | Yes | No | |
| 742 | Agent's Office Management Guide, pp. AM-121 through AM 127 (1987 edition). | Yes | No | |
| 743 | Agent's Office Management Guide, pp. AM 131 through AM 140 (1983 edition). | Yes | No | |
| 744 | Samples of policyholder information in paper form | Yes | No | |
| 745 | 8 page facsimile dated October 10/4/02 from the Sardilli Insurance Agency to the Buckland Hills Agency re "Zappone/Bob & Beverly Please Quote the following" | No | No | |
| 746 | Nationwide News Release dated 8/14/2000 entitled "Important Privacy Requirements" (Bates: N/W 21195) | Yes | No | |
| 747 | Nationwide Release entitled "Sales-August Campaign – Nationwide/First USA C – By Henry N. Bradley, Jr. | Yes | No | |
| 748 | Nationwide memo dated 11/14/97 from Joe San Filippo to All Nationwide Agents with Group Insurance Accounts re Group Insurance Operations – Replacement Carrier Activity | Yes | No | |
| 749 | Nationwide Memo dated 2/2/96 from Mark J. Mobilio to Cyndi Tolsma re "Notice of 1996 Plan and Your Obligations" | Yes | No | |
| | | | | |

| Ex. No. | Description | Stipulation of Authenticity Yes / No | Stipulation of Admissibility Yes / No | Full / For ID Only |
|---|---|---|---|---|
| 750 | Nationwide Organizational Chart | Because this Exhibit has never been provided, Nationwide cannot stipulate at this time | Because this Exhibit has never been provided, Nationwide cannot stipulate at this time | |

NOTE: This list includes exhibits that may be offered as evidence. In addition, Defendant reserves the right to use as illustrative exhibits enlargements of excerpts from the Exhibits listed herein.