# Exhibit
# 6



Robert M Leo, CLU, ChFC, CPCU

Director

Agency Administration

| Location: One Nationwide Plaza, 1-29-08 | Phone: (614) 249-7756 | Fax: (614) 249-3345 | 6/3/1999 03:58:31 PM |
|---|---|---|---|

From:   Robert M Leo on 06/03/99 03:58 PM
To:     Roy J Bowerman Jr/Nationwide/NWIE
        Henry N Bradley Jr/Nationwide/NWIE
        Thomas L Crumrine/Nationwide/NWIE
        Diana L Grapes/Nationwide/NWIE
        Olivia B Johnson/Nationwide/NWIE
        Richard E Kline/Nationwide/NWIE
        Joseph E Pizzi Jr/Nationwide/NWIE
        William S Ramsden/Nationwide/NWIE
        C T Starr II/Nationwide/NWIE
cc:     Michael P Casey/Nationwide/NWIE
        Carol D Chabra/Nationwide/NWIE
        Jonathan P Chabra/Nationwide/NWIE
        John A English/Nationwide/NWIE
        Douglas H Eyster/Nationwide/NWIE
        Clark L Hartman/Nationwide/NWIE
        Addison I Smith/Nationwide/NWIE
        Cheryl K Thompson/Nationwide/NWIE
        John A Rohner/Nationwide/NWIE
        Lena M Pigg/Nationwide/NWIE
        Mark A Pizzi/Nationwide/NWIE
        Cynthia T Tolsma/Nationwide/NWIE
        Jennifer S Dean/Nationwide/NWIE
Subject:  Reflex Action Plan

I have updated the reports and restructured the Premium at Risk report by indicating each of the defecting agency year end premium from our data base. :


REFLEXACTIONREPO


REFLEXPREMAT RIS

REDACTED


Defendant's Exhibit
3-99-cv-2006(RNC)
(Donaldson)
543


Defendant's Exhibit
3-99-cv-2006(RNC)
(Donaldson)
543A

FOR LITIGATION
PURPOSES ONLY

N/W    02601

## REFLEX ACTION PLAN REPORT

| | Agts Name | Agt. Number | Date Canceled | L-Note Received | Disposition of Agency | Associate Agt. No. | List | Sent to DM Vendor | Date Completed — Letters Mailed | 30 day Follow up | Post Cards Mailed | Agt Letter Mailed | Display Ad |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST | | | | | | | | | | | | | |
| CT | 1 J eavons | 06-3012 | 4/1/99 | 4/16/99 Assigned Agt J Walsh | | | 4/20/99 | 4/21/99 | 4/23/99 | N/A | N/A | 4/23/99 | |

REDACTED

FOR LITIGATION PURPOSES ONLY

N/W    02602

Bob Leo
01/26/200004:38:11 PM



Robert M Leo, CLU, ChFC, CPCU

Director

Agency Administration

| Location: One Nationwide Plaza, 1-29-08 | Phone:(614) 249-7756 | Fax:(614) 249-3345 | 7/19/1999 05:19:20 PM |
|---|---|---|---|

From:    Robert M Leo on 07/19/99 05:19 PM

To:      Lynn Greenstein/Nationwide/NWIE
cc:      Henry R Bradley/Nationwide/NWIE; Diana L Grapes/Nationwide/NWIE; Thomas L
         Crumrine/Nationwide/NWIE

Subject:  Re: Agency Revenue Projections

I have done some more research since our telephone call and the new forecast is:

• NY: 10 Agents- $13,463,645- 20,936 PIF/VIF
• PA: 28 Agents- $45,616,988- 66,614 PIF/VIF
• TOT: 38 Agents -$59,080,633 - 87,550 PIF/VIF
•

add this to the agencies who have defected and your actual and potential totals are:

• NY: 47 Agents - $82,181,712 - 122,401 PIF/VIF
• PA: 40 Agents - $65,540,407 - 95,314 PIF/VIF
• NE:  3 Agents - $2,398,749 - 3,550 PIF/VIF
• TOTAL: 90 Agents: $150,120,868 - 221,265 PIF/VIF

If I can assist you with additional information please feel free to contact me.
J. Lynn Greenstein, CPA, CPCU, CLU, ChFC, ARe



J. Lynn Greenstein, CPA, CPCU, CLU, ChFC, ARe

Administrative Officer

Office of the President - Nationwide Insurance

| Location: 01-36-28 | Phone:(614) 677-3368 | Fax:(614) 249-3147 | 7/19/1999 02:25:48 PM |
|---|---|---|---|

From:    Lynn Greenstein on 07/19/99 02:25 PM
To:      Robert M Leo/Nationwide/NWIE@NWIE
         Henry R Bradley/Nationwide/NWIE@NWIE
         Diana L Grapes/Nationwide/NWIE@NWIE
cc:
Subject:  Agency Revenue Projections



Defendant's Exhibit
3-99-cv-2006(RNC)
(Donaldson)

543 B

FOR LITIGATION
PURPOSES ONLY

Hi All!  I received the Reflex Action Report prepared by Bob Leo on Friday - Thank you.  I was wondering

Bob Leo
01/26/200004:38:11 PM

if any attempt has been made to forecast potential/probable additional defections and the premium associated?  Kind of worse case scenario???  Galen needs to discuss this topic on Wednesday at the EMC.  I have forwarded the Reflex Action Report but didn't know if any additional info was available. Thanks in advance for your help.

FOR LITIGATION
PURPOSES ONLY

N/W     02309

Bob Leo
01/26/200004:38:08 PM



Robert M Leo, CLU, ChFC, CPCU

Director

Agency Administration

| Location: One Nationwide Plaza,<br>1-29-08 | Phone: (614) 249-7756 | Fax:(614) 249-3345 | 7/19/1999 03:53:53 PM |
|---|---|---|---|

From:    Robert M Leo on 07/19/99 03:53 PM
To:      REFLEX ACTION REPORTS
cc:
Subject:  Report updated

Pennsylvania Agent Ron Calaman 37-07570 resigned eff 7/16/99.


Total premium to date at risk: $91,040,235
Total PIF/VIF to date at risk: 133,715
Total Agents from 3/12/98 to date:
- New England: 3
- New York: 37
- Pennsylvania: 12
- Total: 52



REFLEXACTIONREPO          REFLEXPREMAT RIS



Defendant's Exhibit
3 00cv2006(RNC)
(Donaldson)
543 C

FOR LITIGATION
PURPOSES ONLY

N/W     02307

Bob Leo
01/26/200004:43:41 PM


Nationwide®

Robert M Leo, CLU, ChFC, CPCU

Director

Agency Administration

Location: One Nationwide Plaza,        Phone: (614) 249-7756        Fax:(614) 249-3345        8/5/1999 06:22:29 PM
1-29-08

From:    Robert M Leo on 08/05/99 06:22 PM
To:      REFLEX ACTION REPORTS
cc:
Subject: Update

NY Agent Cuttita resigned eff. 7/30/99
NY Agent Rowell resigned eff. 8/5/99

Agent loss since 3/12/98:
- NE: 3
- NY: 42
- PA: 12
- Total: 57

Policies at risk: 154,000
VIF/PIF was understated on previous reports due to a data base error. Report is now correct based on the previous year end Sales Results Report prior to cancellation date.

Premium at risk and retention reports will be available in a few days.

If you have questions or need additional information please feel free to contact me.



REFLEXACTIONREPO


Defendant's Exhibit
3.00-cv-2006-RNC)
(Donaldson)
543 D

**FOR LITIGATION
PURPOSES ONLY**

N/W    02378

Bob Leo
01/26/200004:43:47 PM



**Robert M Leo, CLU, ChFC, CPCU**

Director

Agency Administration

| Location: One Nationwide Plaza, 1-29-08 | Phone: (614) 249-7756 | Fax: (614) 249-3345 | 8/9/1999 02:53:17 PM |
| --- | --- | --- | --- |

From:    Robert M Leo on 08/09/99 02:53 PM
To:        Lynn Greenstein/Nationwide/NWIE
cc:
Subject:  draft charts

Lynn, does this appear to be what Mr. Barnes requested? Thanks
-------------------- Forwarded by Robert M Leo/Nationwide/NWIE on 8/9/1999 02:52:32 PM --------------------



**Jennifer L Whipple**

Manager

Marketing Information and Data

| Location: 1-28-02 | Phone: 614-677-7653 | Fax: 614-249-9201 | 8/9/1999 02:25:47 PM |
| --- | --- | --- | --- |

From:    Jennifer L Whipple on 08/09/99 02:25 PM
To:        Robert M Leo/Nationwide/NWIE
cc:
Subject:  draft charts

Bob, will something like these do for your presentation?

Bob Leo.xls

Defendant's Exhibit
3:00-cv-2006(BNC)
(Donaldson)
543 E

FOR LITIGATION
PURPOSES ONLY

N/W    02757



Policy Retention by Product for Cancelled Agents

FOR LITIGATION
PURPOSES ONLY

N/W    02758





**J. Lynn Greenstein, CPA, CPCU, CLU, ChFC, ARe**

Administrative Officer

Office of the President - Nationwide Insurance

| Location: 01-37-05 | Phone: (614) 677-3368 | Fax:(614) 677-1896 | 9/1/1999 05:04:09 PM |

From:     Lynn Greenstein on 09/01/99 05:04 PM
To:        Galen R Barnes/Nationwide/NWIE@NWIE
cc:
Subject:  Update #2

fyi

------------------------- Forwarded by Lynn Greenstein/Nationwide/NWIE on 9/1/1999 05:00:16 PM
-------------------------



**Robert M Leo, CLU, ChFC, CPCU**

Director

Agency Administration

| Location: One Nationwide Plaza, 1-29-08 | Phone: (614) 249-7756 | Fax:(614) 249-3345 | 9/1/1999 04:56:08 PM |

From:     Robert M Leo on 09/01/99 04:56 PM
To:        REFLEX ACTION REPORTS
cc:
Subject:  Update #2

Agent Rick Heckler from PA terminated 9/1/99. I have revised the report to include this agent.

**Changes to this memo are in red**



REFLEXACTIONREPO        REFLEXPREMAT RIS
--------------------- Forwarded by Robert M Leo/Nationwide/NWIE on 9/1/1999 03:38:41 PM ---------------------



**Robert M Leo, CLU, ChFC, CPCU**

Director

Agency Administration

| Location: One Nationwide Plaza, 1-29-08 | Phone: (614) 249-7756 | Fax:(614) 249-3345 | 9/1/1999 02:38:13 PM |

From:     Robert M Leo on 09/01/99 02:38 PM
To:        REFLEX ACTION REPORTS
cc:
Subject:  Update

N/W     24759

We have experienced an additional 7 agents who have defected in the last few days.

CT  Mortensen
     Bland
     Donaldson
     Royko
NY  McCarty
PA  Montgomery
     **Heckler**

Agent Defections:

| | | |
|---|---|---|
| N.E. | 7 | (+4) |
| NY | 43 | (+1) |
| PA | **14** | (+2) |
| Total | **64** | |

Policies at risk:    163,036

Premium at risk:

| | |
|---|---|
| P&C | **$90,196,462** |
| Financial | **$17,350,783** |
| Total | **$107,547,245** |

**N/W    24760**

Bob Leo
01/26/200005:55:08 PM



**Robert M Leo, CLU, ChFC, CPCU**

Director

Agency Administration

Location: One Nationwide Plaza,    Phone:(614) 249-7756    Fax:(614) 249-3345    10/8/1999 12:26:29 PM
1-29-08

From:      Robert M Leo on 10/08/99 12:26 PM
To:        Reflex Action Reports
cc:        Kristine L Cziraki/Nationwide/NWIE
           Lisa L Cotner/Nationwide/NWIE
           Jacqueline A Groves/Nationwide/NWIE
Subject:   Agent Defection

NY Agent Mark E Mazzone resigned effective 10/7/99.

Total Agency Defections from 3/12/98 to 10/7/99:

NE   7
NY  46
PA  14
Total  67

Premium at risk:

P&C   $ 93,013,142
Financial: $ 17,552,448
Total: $110,565,59

Reports are attached.





**REFLEXACTIONREPO**



**REFLEXPREMAT RIS**

FOR LITIGATION
PURPOSES ONLY

NWI-000908

N/W    01829



Thomas L Crumrine
*Sent by: Karen J Gray*
President - Nationwide Agencies
P/C Operations
Phone: 614-249-2177
Fax: 614-249-3880
1-29-07

**11/03/99 02:56 PM**

To:     Lucile R Brink/Nationwide/NWIE@NWIE
cc:     Diana L Grapes/Nationwide/NWIE@NWIE, C T Starr II/Nationwide/NWIE@NWIE, Richard M Waggoner/Nationwide/NWIE@NWIE
bcc:

Subject: Re: Agent Defection Impacts in 2000 Revenue Plans

Lucy, thank you for the update.

We want to be sure Tom Starr and Chuck Wollenzien are in agreement with these numbers based on the feedback from the state team's work on this important issue.

We appreciate your good work, Lucy.

Lucy Brink



**Lucy Brink**
Market Planning Director

Location: 1-28-02          Phone:614-677-4819          Fax:614-249-9201          10/29/1999 08:21:56 AM

From:    Lucile R Brink on 10/29/99 08:21 AM
To:      Richard M Waggoner/Nationwide/NWIE@NWIE
         Thomas L Crumrine/Nationwide/NWIE@NWIE
cc:      Galen R Barnes/Nationwide/NWIE@NWIE
         Kathleen D Ricord/Nationwide/NWIE@NWIE
         Jennifer S Dean/Nationwide/NWIE@NWIE
         Charles D Wollenzien Jr/Nationwide/NWIE@NWIE
         Todd A Brewer/Nationwide/NWIE@NWIE
         Diana L Grapes/Nationwide/NWIE@NWIE
         Robert M Leo/Nationwide/NWIE@NWIE
         Michael E Devoe/Nationwide/NWIE@NWIE
Subject: Agent Defection Impacts in 2000 Revenue Plans

Rick and Tom - per your request yesterday during the NILT meeting, attached is a worksheet outlining the 1999 Forecast and 2000 Plan impacts for Agent Defections. You will note that we have included Agent Defection impacts for CT, NY, PA, and RI. There were no agent defection impacts included for MD. Please let me know if you have any questions or concerns.

Agent Defection Summary 10.29



Defendant's Exhibit
3:99cv2006(RNC)
(Donaldson)
544

N/W   24954

**SUMMARY OF AGENT DEFECTION IMPACT FOR**
**1999 FORECAST AND 2000 PLAN**

| DWP 000s | Connecticut 1999 Forecast | Connecticut 2000 Plan | New York 1999 Forecast | New York 2000 Plan | Pennsylvania 1999 Forecast | Pennsylvania 2000 Plan | Rhode Island 1999 Forecast | Rhode Island 2000 Plan | TOTAL 1999 Forecast | TOTAL 2000 Plan |
|---|---|---|---|---|---|---|---|---|---|---|
| Individual Vol. Auto | $ (572.4) | $ (3,545.5) | $ (13,029.7) | $ (30,871.3) | $ (2,279.6) | $ (13,785.2) | $ | $ (496.9) | $ (15,881.9) | $ (48,698.9) |
| Worksite/Affinity | | | (293.4) | (853.6) | (55.2) | (328.4) | | | (55.2) | (328.4) |
| Res/Standard | | | | | (235.3) | (1,581.2) | | | (528.7) | (2,434.8) |
| Homeowners | (338.2) | (1,703.1) | (4,220.0) | (14,270.0) | (768.9) | (3,456.8) | | (205.5) | (5,327.0) | (19,635.4) |
| Other Personal | (17.9) | (89.0) | (236.) | (763.5) | (20.2) | (93.5) | | (28.0) | (274.2) | (975.5) |
| Total Personal | $ (928.4) | $ (5,337.6) | $ (17,779.2) | $ (46,758.3) | $ (3,359.5) | $ (19,246.7) | $ | $ (730.3) | $ (22,067.1) | $ (72,072.9) |
| **Terminations** | | | | | | | | | | |
| Individual Vol Auto | 1,390 | 3,992 | 24,867 | 19,615 | 5,813 | 21,175 | | 817 | 32,070 | 45,599 |
| Worksite/Affinity | | | | | | | | | | |
| Non-Standard | | | | | 146 | 531 | | | 146 | 531 |
| Residual | | | 452 | 357 | 500 | 1,800 | | | 952 | 2,157 |
| Homeowners | 691 | 1,984 | 11,110 | 13,908 | 2,170 | 7,904 | | 485 | 13,971 | 24,281 |
| Other Personal | 60 | 180 | 1,025 | 1,283 | 100 | 360 | | 94 | 1,185 | 1,917 |
| Total Personal | 2,141 | 6,155 | 37,454 | 35,163 | 8,729 | 31,770 | | 1,396 | 48,324 | 74,485 |

N/W    24955

Bob Leo
01/26/200006:07:07 PM



**Robert M Leo, CLU, ChFC, CPCU**

Director

Agency Administration

Location: One Nationwide Plaza,    Phone: (614) 249-7756    Fax:(614) 249-3345    11/2/1999 11:08:30 AM
1-29-08

From:     Robert M Leo on 11/02/99 11:08 AM
To:       Reflex Action Reports
cc:       Timothy A Burns/Nationwide/NWIE
          Jonathan P Chabra/Nationwide/NWIE
          Lisa L Cotner/Nationwide/NWIE
          Kristine L Cziraki/Nationwide/NWIE
          George K Macklin/Nationwide/NWIE
          Mary K Sabine/Nationwide/NWIE
          Addison I Smith/Nationwide/NWIE
Subject:  Additional Defections

The following agents resigned 11/1/99 and are considered Reflex agents.

NY Agent Angela Porpora 31-14659
NY Agent John Justice 31-13697
PA Agent Don Jacobs 37-07516

Total from 3/18/98 to 11/1/99

| State | Agent Count | Premium at Risk | | | PIF / VIF |
|-------|-------------|-----------------|---|---|-----------|
|       |             | P & C | Financial | Total | |
| NE | 7 | 8,093,475 | 790,661 | 8,884,136 | 12,984 |
| NY | 48 | 71,353,852 | 10,996,012 | 82,349,864 | 128,745 |
| PA | 15 | 18,081,932 | 8,808,364 | 26,890,296 | 39,195 |
| MD | 2 | 1,608,558 | 115,167 | 1,723,725 | 2,601 |
| TOTAL | 71 | 99,137,817 | 20,710,204 | 119,848,021 | 183,525 |



REFLEXACTIONREPO



REFLEXPREMAT RIS

Defendant's Exhibit
3:99-cv-2006(RNC)
(Donaldson)
545

Defendant's Exhibit
3:99cv2006(RNC)
(Donaldson)
545 A

FOR LITIGATION
PURPOSES ONLY
N/W    03006

Bob Leo
01/26/200006:09:04 PM





Robert M Leo, CLU, ChFC, CPCU

Director

Agency Administration

| Location: One Nationwide Plaza. 1-29-08 | Phone:(614) 249-7756 | Fax:(614) 249-3345 | 11/8/1999 05:39:26 PM |

From:     Robert M Leo on 11/08/99 05:39 PM
To:       Reflex Action Reports
cc:       Lori A Wellman/Nationwide/NWIE
Subject:

The following agents resigned 11/5/99 and are considered Reflex agents.

Pa Agent Robert P Olvany 37-04613
PA Agent William L Mahaffey 37-07152
PA Agent Thomas B Turner 37-08384

Total from 3/18/98 to 11/5/99

| State | Agent Count | Premium at Risk | | | PIF / VIF |
|-------|-------------|-----------------|------|-------|-----------|
|       |             | P & C | Financial | Total |           |
| NE    | 7           | 8,093,475 | 790,661 | 8,884,136 | 12,984 |
| NY    | 48          | 71,353,852 | 10,996,012 | 82,349,864 | 128,745 |
| PA    | 18          | 20,295,850 | 9,357,792 | 29,653,642 | 45,110 |
| MD    | 2           | 1,608,558 | 115,167 | 1,723,725 | 2,601 |
| TOTAL | 75          | 101,351,735 | 21,259,632 | 122,611,367 | 189,440 |



REFLEXACTIONREPO



REFLEXPREMAT RIS

**FOR LITIGATION
PURPOSES ONLY**

N/W    02065

Bob Leo
01/26/200006:12:32 PM



Robert M Leo, CLU, ChFC, CPCU

Director

Agency Administration

| Location: One Nationwide Plaza, 1-29-08 | Phone:(614) 249-7756 | Fax:(614) 249-3345 | 12/3/1999 09:01:53 AM |
| --- | --- | --- | --- |

From:    Robert M Leo on 12/03/99 09:01 AM



FOR LITIGATION
PURPOSES ONLY

N/W    02113

Bob Leo
01/26/200006:12:32 PM

To:    Lynn Greenstein/Nationwide/NWIE
       Roy J Bowerman Jr/Nationwide/NWIE
       Thomas L Crumrine/Nationwide/NWIE
       Henry N Bradley Jr/Nationwide/NWIE
       Douglas H Eyster/Nationwide/NWIE
       Diana L Grapes/Nationwide/NWIE
       Olivia B Johnson/Nationwide/NWIE
       Lorie Kates/Nationwide/NWIE
       Richard E Kline/Nationwide/NWIE
       Joseph E Pizzi Jr/Nationwide/NWIE
       Mark A Pizzi/Nationwide/NWIE
       William S Ramsden/Nationwide/NWIE
       Addison I Smith/Nationwide/NWIE
       C T Starr II/Nationwide/NWIE
       Cheryl K Thompson/Nationwide/NWIE
       Cynthia T Tolsma/Nationwide/NWIE
       Daniel J Whaley/Nationwide/NWIE
       Charles D Wollenzien Jr/Nationwide/NWIE
       Sandra Williams/Nationwide/NWIE
       Norris J Young Jr/Nationwide/NWIE
       Bob G Collins/Nationwide/NWIE
       George C White Jr/Nationwide/NWIE
       David S Schmidt/Nationwide/NWIE
       Cerita F Sellers/Nationwide/NWIE
       Carol A Alcorn/Nationwide/NWIE
       Paul A Thompson/Nationwide/NWIE
       David Herring/Nationwide/NWIE
       James U Shortley/Nationwide/NWIE
       Robert R Kallio/Nationwide/NWIE
       Raymond J Blackburn/Nationwide/NWIE
       Mary A Ankofski/Nationwide/NWIE
       John A English/Nationwide/NWIE
       Margo A Leinheuser/Nationwide/NWIE
       Alex Rodriguez/Nationwide/NWIE
       John M Thrasher/Nationwide/NWIE
       Cheryl K Thompson/Nationwide/NWIE
       Dallas E Braham/Nationwide/NWIE
       Mark G Stegner/Nationwide/NWIE
       Jonathan P Chabra/Nationwide/NWIE
       Sandra Williams/Nationwide/NWIE
       John E Hults/HULTSJ/Nationwide/NWIE
       Michele E Lombard/Nationwide/NWIE
       Russell C Whistler Jr/Nationwide/NWIE
       Janell J Nelson/Nationwide/NWIE
       Cecil F Garrett Jr/Nationwide/NWIE
       John J Humphries Jr/Nationwide/NWIE
       Richard M Waggoner/Nationwide/NWIE
       Brent J McClean/Nationwide/NWIE

FOR LITIGATION
PURPOSES ONLY

N/W     02114

Bob Leo
01/26/200006:12:32 PM

cc:    Kristine L Cziraki/Nationwide/NWIE
       Janell J Nelson/Nationwide/NWIE
       Mary A Ankofski/Nationwide/NWIE
       John A English/Nationwide/NWIE
       Margo A Leinheuser/Nationwide/NWIE
       Alex Rodriguez/Nationwide/NWIE
       John M Thrasher/Nationwide/NWIE
       Cheryl K Thompson/Nationwide/NWIE
       Dallas E Braham/Nationwide/NWIE
       Mark G Stegner/Nationwide/NWIE
       Jonathan P Chabra/Nationwide/NWIE
       Sandra Williams/Nationwide/NWIE

**REDACTED**

Subject:

The following agent resigned 11/15/99:

Also effective 12/1/99:
CT Agent Edward McMahon 06-02083
Both are considered Reflex Agents.
Total from 3/18/98 to 12/1/99

| State | Agent Count | Premium at Risk | | | PIF / VIF |
|-------|-------------|-----------------|---|---|-----------|
|       |             | P & C | Financial | Total |           |
| NE    | 8           | 10,584,876 | 1,242,021 | 11,826,897 | 17,731 |
| NY    | 48          | 71,353,852 | 10,996,012 | 82,349,864 | 133,226 |
| PA    | 19          | 21,261,185 | 9,557,503 | 30,818,688 | 53,222 |
| MD    | 2           | 1,608,558 | 115,167 | 1,723,725 | 2,854 |
| TOTAL | 77          | 104,808,471 | 21,910,703 | 126,719,174 | 207,033 |



REFLEXACTIONREPO



REFLEXPREMAT RIS

**FOR LITIGATION
PURPOSES ONLY**



**Robert M Leo, CLU, ChFC, CPCU**
Director
Agency Administration
Phone: (614) 249-7756
Fax: (614) 249-3345
One Nationwide Plaza, 1-29-08
**01/05/00 12:09 PM**

To:     Reflex Action Reports
cc:
bcc:
Subject:
Reflex Agency Defections

The following CT agents resigned effective 1/3/00.
- D. Deming 06-02136
- B. Johnson 06-02224

I also added T. Berg 06-14852 who resigned 10/7/98 and should be considered a Reflex cancellation.

The information below represents all agency defections from 3/12/98 to 1/3/00.

| State | Agent Count | P & C | Financial | Premium at Risk Total | PIF / VIF |
|-------|-------------|-------|-----------|-----------------------|-----------|
| NE    | 11          | 13,200,330 | 1,631,628  | 14,831958   | 21,073  |
| NY    | 48          | 71,353,852 | 10,996,012 | 82,349,864  | 133,226 |
| PA    | 19          | 21,261,185 | 9,557,503  | 30,818,688  | 53,222  |
| MD    | 2           | 1,608,558  | 115,167    | 1,723,725   | 2,854   |
| TOTAL | 80          | 107,423,925 | 22,300,310 | 129,724,235 | 210,375 |



REFLEXACTIONREPO



REFLEXPREMAT RIS



Defendant's Exhibit
3.00c-2006(RNC)-
(Donaldson)
545-D



Robert M Leo, CLU, ChFC, CPCU
Director
Agency Administration
Phone: (614) 249-7756
Fax: (614) 249-3345
One Nationwide Plaza, 1-29-08
**01/17/00 03:44 PM**



Defendant's Exhibit
3-99(-2006)(RNC)
(Donaldson)
*545 E*

To:     Lynn Greenstein/Nationwide/NWIE@NWIE; Roy J
Bowerman Jr/Nationwide/NWIE@NWIE; Thomas L
Crumrine/Nationwide/NWIE@NWIE; Henry N Bradley
Jr/Nationwide/NWIE@NWIE; Douglas B
Eyster/Nationwide/NWIE@NWIE; Diana L
Grapes/Nationwide/NWIE@NWIE; Olivia B
Johnson/Nationwide/NWIE@NWIE; Joseph E Pizzi
Jr/Nationwide/NWIE@NWIE; Mark A
Pizzi/Nationwide/NWIE@NWIE; William S
Ramsden/Nationwide/NWIE@NWIE; Addison I
Smith/Nationwide/NWIE@NWIE; C T Starr
II/Nationwide/NWIE@NWIE; Cheryl K
Thompson/Nationwide/NWIE@NWIE; Cynthia T
Tolsma/Nationwide/NWIE@NWIE; Daniel J
Whaley/Nationwide/NWIE@NWIE; Charles D Wollenzien
Jr/Nationwide/NWIE@NWIE; Sandra
Williams/Nationwide/NWIE@NWIE; Norris J Young
Jr/Nationwide/NWIE@NWIE; Bob G
Collins/Nationwide/NWIE@NWIE; George C White
Jr/Nationwide/NWIE@NWIE; David S
Schmidt/Nationwide/NWIE@NWIE; Cerita F
Sellers/Nationwide/NWIE@NWIE; Carol A
Alcorn/Nationwide/NWIE@NWIE; James U
Shortley/Nationwide/NWIE@NWIE; Robert R
Kallio/Nationwide/NWIE@NWIE; Raymond J
Blackburn/Nationwide/NWIE@NWIE; Mary A
Ankofski/Nationwide/NWIE@NWIE; John A
English/Nationwide/NWIE@NWIE; Margo A
Leinheuser/Nationwide/NWIE@NWIE; Alex
Rodriguez/Nationwide/NWIE@NWIE; John M
Thrasher/Nationwide/NWIE@NWIE; Cheryl K
Thompson/Nationwide/NWIE@NWIE; Dallas E
Braham/Nationwide/NWIE@NWIE; Mark G
Stegner/Nationwide/NWIE@NWIE; Jonathan P
Chabra/Nationwide/NWIE@NWIE; Sandra
Williams/Nationwide/NWIE@NWIE; John E
Hults/HULTSJ/Nationwide/NWIE@NWIE; Michele E
Lombard/Nationwide/NWIE@NWIE; Janell J
Nelson/Nationwide/NWIE@NWIE; Cecil F Garrett
Jr/Nationwide/NWIE@NWIE; John J Humphries
Jr/Nationwide/NWIE@NWIE; Richard M
Waggoner/Nationwide/NWIE@NWIE; Brent J
McClean/Nationwide/NWIE@NWIE; Julie A
Trudeau/Nationwide/NWIE@NWIE; Edward
Cooper/Nationwide/NWIE@NWIE; Michelle A
Premo/Nationwide/NWIE@NWIE; Daniel H
Stottmann/Nationwide/NWIE@NWIE; Barbara A
Moses/Nationwide/NWIE@NWIE; Barbara L
Schmidt/Nationwide/NWIE@NWIE; Anthony
Sullins/Nationwide/NWIE@NWIE; Tony A
Myers/Nationwide/NWIE@NWIE; David A
Dewez/Nationwide/NWIE@NWIE; Robert
Saik/Nationwide/NWIE@NWIE; Jackie S
Jameson/Nationwide/NWIE@NWIE; James E Gaddy
Jr/Nationwide/NWIE@NWIE; Suzanne M
Switzer/Nationwide/NWIE@NWIE
cc:     Timothy A Burns/Nationwide/NWIE@NWIE, Lisa L
Colner/Nationwide/NWIE@NWIE, Beverly J
Barr/Nationwide/NWIE@NWIE, Mary A



Ankofski/Nationwide/NWIE@NWIE, John A
English/Nationwide/NWIE@NWIE, Margo A
Leinheuser/Nationwide/NWIE@NWIE, Alex
Rodriguez/Nationwide/NWIE@NWIE, John M
Thrasher/Nationwide/NWIE@NWIE, Cheryl K
Thompson/Nationwide/NWIE@NWIE, Dallas E
Braham/Nationwide/NWIE@NWIE, Mark G
Stegner/Nationwide/NWIE@NWIE, Jonathan P
Chabra/Nationwide/NWIE@NWIE, Sandra
Williams/Nationwide/NWIE@NWIE
bcc:
Subject:
Reflex Report

The following CT agent resigned effective 1/16/00:
- R. Bokus 06-01923
  The following PA agents resigned effective 1/17/00:
- G. Lipka 37-07320
- V. DeAngelo 37-08492

The information below represents all agency defections from 3/12/98 to 1/17/00.

| State | Agent Count | | | Premium at Risk | PIF / VIF |
|---|---|---|---|---|---|
| | | P & C | Financial | Total | |
| NE | 12 | 14,747,733 | 1,649,611 | 16,397,344 | 23,514 |
| NY | 48 | 71,353,852 | 10,996,012 | 82,349,864 | 133,352 |
| PA | 21 | 24,838,215 | 10,338,493 | 35,176,708 | 58,761 |
| MD | 2 | 1,608,558 | 115,167 | 1,723,725 | 2,851 |
| TOTAL | 83 | 112,548,358 | 23,099,283 | 135,647,641 | 218,478 |



REFLEXACTIONREPOREFLEXPREMAT RIS

N/W    24402



Robert M Leo, CLU, ChFC, CPCU
Director
Agency Administration
Phone: (614) 249-7756
Fax: (614) 249-3345
One Nationwide Plaza, 1-29-08
**02/08/00 11:01 AM**

To:      Reflex Action Reports
cc:      Beverly J Barr/Nationwide/NWIE@NWIE, Grant
Paullo/Nationwide/NWIE@NWIE
bcc:
Subject:
Reflex Action Report



CT agent resigned effective 2/1/00.
- R. Bardin  06-01846

CT agents resigning effective 2/4/00.
- J. Biraelli  06-02249
- J. Warner  06-10019
- J. Marcucilli  06-13992

CT agent resigned effective 2/7/00.
- R. Morin  06-10509

Combined policies at risk: 15,050
Premium: $ 13,896,284.00

The information below represents all agency defections from 3/12/98 to 2/7/00.

| State | Agent Count | P & C | Financial | Premium at Risk Total | PIF / VIF |
|-------|-------------|-------|-----------|------------------------|-----------|
| NE | 17 | 26,010,217 | 4,283,411 | 30,293,628 | 38,583 |
| NY | 48 | 71,353,852 | 10,996,012 | 82,349,864 | 133,352 |
| PA | 21 | 24,838,215 | 10,338,493 | 35,176,708 | 59,447 |
| MD | 2 | 1,608,558 | 115,167 | 1,723,725 | 2,851 |
| TOTAL | 88 | 123,810,842 | 25,733,083 | 149,543,925 | 234,233 |



REFLEXACTIONREPO



REFLEXPREMAT RIS



Thomas L Crumrine
*Sent by: Karen J Gray*
President - Nationwide Agencies
P/C Operations
Phone: 614-249-2177
Fax: 614-249-3880
1-29-07
07/31/00 01:16 PM

To:      Agency Cabinet
cc:
bcc:
Subject:
Board of Directors Report                                                July



## JOE GASPER:

- Joe believes the NF team is positioned to turn on or off expenses in the short term based on need - proud of their flexibility.

- If NF makes their 20% growth in year 2000, it won't happen until the month of December – a big stretch this year.

- In 1990, there were 4% of the funds wrapped with variable annuities. In 1999, that number had moved to 15%.

- Hartford has built a mutual fund operation.

- brightlane.com (First Union owns 60%) - Nationwide owns 15%, can sell automobile insurance

- Mid cap growth has grown 30+% in year 2000.

- Challenges for NF:
    - Fix Gartmore
    - Integrate Villa Nova, Capital, and Gartmore - will be Gartmore Worldwide
    - Get 20% sales growth

## GALEN BARNES:

- Agency mergers have gone well - 144 opportunities.

- Independent agents - 40 deals - $29+ million.

- Agent defections - 99 of them - 52.9% retention.

- Agency technology:
    - Costs dropped 10% - we will be out of the hardware business (the run rate should be $57 million plus)

- Claims are the biggest issues in many agents' minds - Board Members heard this at summer conventions.

- e-Nationwide has sold 40 policies.

- Discover has sold 93 policies in Arizona, California, and Texas.

*Rise - The Book*

*Correspondence*

Lorie Kates, CPCU



Location:1-29-08          Phone: (614) 249-8911      Fax:(614) 249-3345      7/21/1999 09:23:33 AM

From:    Lorie Kates on 07/21/99 09:23 AM
To:      Mark A Pizzi/Nationwide/NWIE
         Cynthia T Tolsma/Nationwide/NWIE
         C T Starr II/Nationwide/NWIE
         Charles D Wollenzien Jr/Nationwide/NWIE
cc:      Drema D McCormick/Nationwide/NWIE
Subject: Final Document NY/PA

Drema has delivered the attached document to Galen, Tom C., Rick and Doug.



Agency Defection Overview.d

LK



Defendant's Exhibit
1399-20060(RNC)
(Donaldson)
514

## Agency Defection Summary

### I.    SITUATION ANALYSIS

To date, we have lost more than 50 agencies in the states of NY, PA, CT and ME to independent agency companies. It is fully anticipated that the agency defections will spread into other states in the near future. The companies are offering the Nationwide agents higher commissions on new and renewal business, transfer business overrides and in some cases lump sum annuity payments to make up for DCIC and Extended Earnings. Additionally, the companies' rates tend to be lower than our current rate levels, homeowners as well as automobile. Companies initially involved in soliciting the agents included Erie, Kemper and Donegal. However, Hartford and Travelers have now entered into the picture. Hartford, in particular, is increasing the ante up to 3 times what Kemper and Erie have been offering and has re-filed for a rate decrease in the state of PA.

Of significant concern in NY is the fact that the loss ratio of the defecting agents is lower than that of the remainder of state. The initial agency defections were the smaller, less influential agents. However, as of late, we have lost highly respected Presidents Conference agencies in NY. The primary reasons given for leaving are: commission decreases, especially on the multi-line business; "cost" of perpetuation to family members, lack of competitive rates, as well as service and processing challenges.

### II.    NUMBERS to DATE
*As of July 21, 1999*

| NUMBER of DEFECTIONS | NY | PA | N.E. STATES | TOTAL |
|---|---|---|---|---|
| | 38 | 12 | 3 | 53 |
| LOST PIF/VIF | 103,975 | 28,698 | 3,550 | 136,225 |
| TOTAL DWP LOST | $71,014,330 | $19,923,419 | 2,398,749 | $93,336,498 |

The pace of the defections has accelerated in all territories, especially during the month of July.

| TIME PERIOD | NUMBER of DEFECTIONS | DWP LOST |
|---|---|---|
| 1998 | 6 | |
| 1ST Qtr. 99 | 7 | |
| 2ND Qtr. 99 | 23 | $36,120,000 (39%) |
| July '99 | 21 | $33,622,593 (36%) |

### III.    SUMMARY of ACTIONS to COUNTER DEFECTIONS

Since the defection activity is similar in NY and PA, a joint team has been formed to counter the activity. Chuck Wollenzien, Tom Starr and NY/PA State and Sales Officers are leading the team. The initiatives implemented to date have been primarily defensive in nature. A REFLEX Plan has been established to ensure immediate action once an agent has defected. Specific action taken to date is as follows:

A. **Customer Contact: Aggressive customer contact to retain our policyholders and to prevent substantial loss of premium. We will demonstrate to all NW agents that defecting is not financially beneficial to them.**

➤ REFLEX Plan designed for immediate communication to, and response by, all parties who must take action. Notification of defection via L-Notes prompts action from Sales managers/officers, service centers, AOL/other technical areas and home office resources.

➤ Direct mail letters to policyholders are scheduled to be released within 72 hours of the agency defection. Depending on where the book is being rolled, i.e. another agent or a service center, a personalized letter is mailed to the customer providing them with the name, location and phone number of the new agent. The agent will then make a follow up phone call to that customer introducing him/herself.

➤ Immediate telephone contact is being made by special employee units to customers of defected agencies to eliminate confusion, warn of billing notices and introduce the new Nationwide agency as well as answer any questions.

For Litigation Purposes Only

ATIONE 1843

➤ "Thank you for your business" phone calls are being made to suspect agency customers made by employee units as well as an outside vendor, Maritz.

➤ Ten days after the agency defection, the customers are receiving a "Free Membership" letter from the *Nationwide Advantage Program*. The program offers a number of discounts with various vendors, such as Jiffy Lube, etc. This program went into effect in July.

➤ Direct mail letters to PA homeowner customers offering savings through higher deductibles, safety discounts and Elite II policy conversion (if applicable).

**B.** **Customer Service:** Immediate assignment of business through the REFLEX Plan. Centralized service units for customers of defecting agents have been established.

➤ An innovative, retention based bonus plan has been implemented. The unit is dedicated to and compensated for successfully retaining customers of the defecting agents.

➤ Extended hours of service will be made available through this unit.

➤ The unit performs service work normally done in the agent's office. This enables the new agent to focus on customer retention.

➤ Communications (written and group meetings) with the employees notifying them of the defections to create a sense of urgency in responding with outstanding service to our customers.

**C.** **Agency Communications:** On-going dialogue with agents via individual meetings and "town hall" meetings by Sales Officers, Sales Managers, SSDs and State Officers.

➤ Dialogue is focused on why it is a good business decision for the agents to stay with Nationwide.

➤ Sales teams were given a comparison of strength and weaknesses of NW vs. key competitors. Also, state complaint ratios were distributed.(PA)

➤ A "Story Board", as well as 5, 10 and 20 year financial statement comparisons, are being distributed by end of week. This will provide the sales team with accurate information on competitor marketing tactics as well as financial packages being offered.

**D.** **Miscellaneous Actions**

➤ REFLEX Plan includes notification to NFS. NFS has agreed not to license defected agents to sell NFS products.

➤ Aggressive direct mail and advertising campaign in Erie, PA. This may soon expand to OH, VA and NC.

➤ Monitoring of agencies' AOL print screen activity to anticipate future defections.

➤ Randy Orr, General Counsel, has filed a suit in PA against a few of the agents now involved with the Moraine Group and legal activities continue in NY.

➤ Insurance Department complaints are being filed in PA against the Moraine Group.

➤ Working with Allied leaders in IL, IN and TN to roll some Erie agents into Allied. No success to date.

**E.** **Executive Actions Taken to Date**

➤ Memo from G. Barnes re: our commitment to DCIC obligations.

➤ Memo from G. Barnes re: Loyalty Bonus.

➤ Memo from T. Crumrine re: Extended Earnings payment options.

➤ Memo from T. Crumrine re: Annuity and Life Marketing/Traveling Allowances.

**F.** **Proposals Previously Presented for Approval:** Understanding customers will look at the "new" vs. "Nationwide" premiums and knowing our rates are not in line often, we felt the success of our retention efforts would be significantly improved with a more competitive rate.

➤ Retention Bonus to agents revised to "loyalty bonus". Approved.

➤ Change in Agency Contract by replacing the "no compete" clause to a "piracy" clause. Rejected/Delayed.

➤ Contingency Bonus paid semi-annually. Rejected.

➤ Change in the 150% succession planning approach. Under Consideration.

➤ PA Homeowner rate adjustment in select counties. Rejected.

➤ PA Automobile rate proposal submitted 5/28 recommending lowering auto rates in select, vulnerable counties beyond the indication of (-)1.8%. Rejected.

➤ Increase the discount from 5% to 10% on the home side of auto/home discount in PA. Rejected.

For Litigation Purposes Only

ATIONE 1844

➢ Increase of the NY long-term discount. Rejected.

G. <u>Risks if Defections Continue</u>: Success with our agents will fuel even more aggressive attempts by independent companies to pirate our agents. Beyond the substantial financial and morale losses we will experience with further defections, there are concerns about our ability to find capacity within our agency ranks, as well as our service centers, to handle the servicing of additional defecting books of business. Of those agents who receive the roll business there is a risk that their existing staff may not be able to aggressively pursue customer retention activities.

H. <u>Market Intelligence</u>: <u>Metropolitan</u> can now be added to the list of independent companies approaching our agents. According to Rich Kline, Sales Officer of NY, a VP from Met held a meeting this week with a group of Long Island NW agents outlining their offering and the benefits of becoming an independent agent with Metropolitan. The first agents to sign up with Met would also be given incentives to recruit additional NW agents. <u>State Farm, Hartford and Erie</u> have all filed for automobile rate decreases in PA. Specifically, in January of 1999, Erie filed a rate decrease larger than their indications and have since filed for an additional decrease to be effective 10/99. State Farm has filed for higher than indicated decreases both in 12/98 and again for 9/99. Both changes called for a 5.7% decrease for a total rate reduction of 11.4% within a 9-month period.

I. <u>Recommended Actions</u>: The goals of the leadership team are threefold; retain our agency force; retain our customer base and begin rebuilding the confidence and trust of our agents. The team is confident the plans developed and executed to date have been effective. However, keeping in mind the reasons why the agents are choosing to leave Nationwide, we are recommending action that must be approved at a higher level.

1. File a competitive homeowner rate in PA as quickly as possible.
2. File auto rate reductions in select PA markets to respond to competitors' use of rural pricing in attractive suburban markets.
3. Heavy investment in NY to quickly improve performance.
4. Formation of a dedicated a legal team to aggressively pursue any and all legal actions related to the defections.

For Litigation Purposes Only

ATIONE 1845



Defendant's Exhibit
9%-v-20060RNC)
(Donaldson)
523

# DEFENSE

# TO

# AGENCY ACQUISITION

## Defense to Agency Acquisition
## Recommendations

The area we see as providing the best defense against Agents who are leaving Nationwide and trying to take customers with them is to aggressively pursue our customers and make sure they stay with us. No matter how attractive an offer a competing insurance company makes, if the agent who is defecting is not able to pursuade customers to go with them, then no value is created for the agent or the insurance company.

The actions we recommend can be divided into four groups; Financial Focus, Customer Focus, Agent Focus and Contract Focus. These action plans are not mutually exclusive but should be deployed concurrently.

### Financial Focus

1. **Recommendation: To pay the agent a renewal override based on the percent of the book renewed. Customer Conservation Bonus Program**

   - Use Extended Earnings not given to the defecting agent to fund strong incentive programs for agents who perform pro-active behaviors aimed at keeping customers.

   - Our message needs to be very clear. We are willing to put serious incentive dollars on the table for the agent(s) who is/are taking over the book. We want those agents who are loyal to Nationwide to get excited if an agent defects because it means income to them.

   - Recommended program is included in the package

2. **Recommendation: To provide Agents with incentive gifts to give to customers renewing their policies**

   - When a customer renews their policy with us which is their vote of confidence in the agent and the company, we should acknowledge this by offering (a meaningful gift) to the customer. This gift can be presented in person or by mail.

   - Copy of a sample letter is included in the package

### Customer Focus

1. **Recommendation: To continue to use Reflex Action Plan with the addition of two items.**

   - Bob Leo and his team have done excellent work in establishing the Reflex Action Program. Our suggestion would be to incorporate two additional steps into the program. The first is to provide incentive gifts to customers who renew as outlined in recommendation # 2 under Financial Focus. Secondly, to contact every customer by

N/W  07722

phone within 5 days to establish personal contact and alert our customer to what is going on and what they can expect. This is outlined in recommendation #2 under Customer Focus.

2.  **Recommendation: To contact every customer by phone**

    - Upon learning an agent has defected, we call customers handled by the defecting agent and tell them that their agent has left and they are being assigned to a new agent. We should be prepared to tell the customer who the new agent is. The message is that we care and want to make sure the customer knows what has happened and that they are going to be taken care of in a professional way. We would explain to the customer what they can expect and to see if they have any questions. The goal is to make a personal contact as soon as possible to show the customer we value their business.

3.  **Recommendation: To accelerate the openings of service centers.**

    - We need to use the learnings from Allied and utilize the service center concept successfully employed by them. By getting our customers used to using a 1-800 number for service issues, they will be comfortable dealing with the company and will not be worried their agent left. We will need to sell this to agents by using the same sales approach Allied uses with their agents.

## Agent Focus

1.  **Recommendation: To create an "investment company type" financial statement that shows the financial worth an agent is building**

    - This tool will assist Sales Managers to show an agent why leaving Nationwide is not a good decision. We need to do a better job of showing each agent the financial worth they are building by being with Nationwide. We should produce this statement multiple times a year and require sales managers to go over it with each agent. We want to say to each agent that if you leave, you are leaving sizable dollars on the table.

2.  **Recommendation: To create training program to teach sales people the skills needed to identify and diffuse the situation**

    - We feel that if sales people are better equipped, they can show agents contemplating resigning the errors in their thinking.

## Business Model

1. **Recommendation:  To use Allied's AIDCO model as the model for Exclusive Agents**

    - If an agent is resigning due to commercial reasons, allow them to contract with any commercial market they choose. If the decision is made to use the AIDCO model, it should be considered for all agents.

2. **Recommendation:  To create an alliance with other insurance carriers**

    - If an agent is leaving because a specific insurance company is offering them a better commercial program, we create an alliance with the insurance company and allow the agent to access the program directly or possibly through III. Dave Schmidt is currently leading a team that is developing solutions to non-main street business for the Exclusive Agents.

## Contract Focus

1. **Recommendation:  To write stronger non-compete language into the contract**

    - As we implement Agent Choice, introduce a new agency agreement that makes it more difficult to resign and take our customers.

2. **Recommendation:  To aggressively pursue litigation against the defecting agent and the insurance company that is hiring them**

    - Legal will review each case and use litigation as a defense if the facts warrant it.

    - Continue to sue agents who leave every chance we get.  Our actions need to clearly show that we are not an easy mark.

    - Liberally interpret any of the contractual language pertaining to monies owed us to slow down financial payments to the defecting agent. The agency contract does not say when we owe monies to the terminating agent.

    - Pursue litigation against companies the agent defects to when reasonably justified.

3

N/W  07724

Tom, the following items were discussed as possible action plans but we felt they did not merit pursuing. If you disagree and would like the team to develop any of these items in more detail, please let us know.

1. Match the offer.
2. Cut prices in the territory resigning agent markets to.
3. File Allied in the eastern states to direct market to the customers the resigning agent is trying to take.

Lastly, we feel that a monitoring process needs to be put in place that will act as a leading indicator to identify those situations, which could lead to an agent defecting. The following items were selected as objective measures that assess the mood of the agent.

- Retention Ratio
- New Business production
- Request for loss runs
- Data Flow
- Requests for benefit statements

**Recommendation:   To create a team to develop a leading indicator process that reflects agreed upon measures that local sales management can use to predict movement of a book.**

4

**N/W   07725**