# Exhibit 8

Exhibit 8

A copy of Nationwide's oral argument in a related agent defection case, *Thyroff v. Nationwide Mutual Insurance Co.*, 460 F.2d. 400 (2d Cir. 2006), will be manually filed with the Court on a CD. This page is left blank intentionally.