# Exhibit 9

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NATIONWIDE MUTUAL INSURANCE
COMPANY                                             :
                                                    :    CIVIL ACTION NO.
                                                    :    3:00CV1180(CFD)
vs.                                                 :
                                                    :
BRUCE MORTENSEN, ET AL.                             :
                                                    :

### AFFIDAVIT OF STUART R. SHAPIRO IN SUPPORT OF DEFENDANTS' MOTION PURSUANT TO FED. R. CIV. P. 56(F)

I, Stuart R. Shapiro, being duly sworn, depose and says as follows:

1. I am over the age of eighteen years, and I understand the meaning and obligation of an oath.

2. The matters set forth herein are based on my personal knowledge.

3. I am employed as an attorney at Cohen & Lombardo, P.C.

4. I represented Lawrence M. Piper in a lawsuit entitled *Nationwide Mut. Ins. Co. v. Lawrence M. Piper, et al.*, Index No. 78328 ("Underlying Action").

5. The Underlying Action concerned Mr. Piper's actions arising out of the termination of his Agent's Agreement with Nationwide.

6. Nationwide was represented in the Underlying Action by Bingham Dana, LLP (now Bingham McCutchen, LLP).

7. Mr. Piper's agency was insured by Nationwide when he was sued by Nationwide.

8. Mr. Piper submitted a claim to Nationwide for insurance coverage based upon the allegations of the complaint in the Underlying Action.

9. Mr. Piper also brought a lawsuit against Nationwide when his insurance claim was denied. The action is styled *Lawrence M. Piper, et. al. v. Nationwide Mut. Ins. Co.*, Index No. 79201/99 ("Coverage Action").

10. In the Coverage Action, Attorney Jaime Fried Dockray appeared on behalf of Bingham Dana, LLP.

11. Attorney Fried and Bingham Dana served simultaneously both as coverage counsel on behalf of Nationwide and counsel for the Underlying Action.

12. Nationwide did not screen the attorneys working on the Coverage Action from those working on the Underlying Action.

Stuart R. Shapiro

Subscribed and sworn to before me
this 25 day of April, 2007.

Notary Public
My commission expires:

JULIE J. BEYER
Notary Public, State of New York
Qualified in Erie County
My Commission Expires July 17, 20/0

-2-