# Exhibit 10

# BINGHAM DANA

BINGHAM DANA LLP
399 PARK AVENUE
NEW YORK, NEW YORK 10022-4689
TEL: (212) 318-7700
FAX: (212) 752-5378

BOSTON, NEW YORK, WASHINGTON,
LOS ANGELES, HARTFORD AND LONDON

Jaimie L. Fried
Direct Dial: 212-318-7785
E-Mail: FriedJL@Bingham.com

April 19, 2000

**BY FACSIMILE**

Frank F. Coulom, Jr., Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597

Re: Nationwide Mutual Insurance Company, et al. ("Nationwide") v.
Patricia Bland (Civil Action No. 3:99CV2005) and
David H. Donaldson (Civil Action No. 3:99CV2006) and
Bruce J. Mortensen (Civil Action No. 3:99CV2007)

Dear Frank:

We write with regard to our claims against your clients under the Lanham Act (the "Act").

As you are no doubt aware, when we filed our original pleadings in the above captioned actions, we included a claim under the Act. In our pleadings, we alleged that your clients unlawfully continued to use Nationwide's name and logo, a use that created confusion among the public. In fact, because we believed that there were no triable issues of fact with regard to the Act, we had intended to move for summary judgment on those claims. We enclose a draft of our summary judgment papers regarding that issue for your consideration.

Recently, however, it has come to our attention, and to yours as well, that the 2000-2001 SNET White Pages Directory unfortunately includes the names of your clients under Nationwide's listing. Although the inclusion of your clients' names was clearly an oversight, we believe that such inclusion eliminates our chance of success on our claims under the Act. Accordingly, we believe that withdrawal of those claims is now appropriate.

NYDOCS:266466.1

BINGHAM DANA

Frank F. Coulom, Jr., Esq.
April 19, 2000
Page 2 of 2

    We will provide you with copies of the withdrawal papers for those claims that we now intend to file with the Court.

    Should you have any question in this regard, please do not hesitate to call me.

                              Very truly yours,

                              Jaimie L. Fried

cc:   David Meyer, Esq.
       Deborah S. Freeman, Esq.
       Miriam T. Dowd, Esq.

NYDOCS:246055.1