# Exhibit 12

05/08/02  12:11 FAX 415 576 0302    TOWNSEND&TOWNSEND&CREW    Ø004

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, Ohio 43215

       Plaintiff,

      v.

Allianz Aktiengesellschaft
Koeniginstrasse 28 80802
Muenchen, Federal Republic of Germany

Allianz of America, Inc.
55 Greens Farms Road
Westport, Connecticut 06880

Allianz Insurance Company
3400 Riverside Drive Suite 300
Burbank, California 91505

      Defendants.

Civil Action No. _____ C2 '02 323

**JUDGE GRAHAM**

**MAGISTRATE JUDGE ABEL**

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Plaintiff Nationwide Mutual Insurance Company by and through its undersigned counsel brings this action against defendants Allianz Aktiengesellschaft, Allianz of America, Inc., and Allianz Insurance Company seeking injunctive relief and damages for service mark infringement, false designation of origin, dilution and unfair competition under the laws of the United States and the state of Ohio.

### INTRODUCTION

Nationwide has, for over thirty-five years, used variations of its famous NATIONWIDE IS ON YOUR SIDE mark and slogan in connection with a wide array of insurance and financial products and services. Defendants, with actual and constructive

826626v1

05/08/02  12:11 FAX 415 576 0302          TOWNSEND&TOWNSEND&CREW                    ☒005
NO. 0970  P. 5/28

knowledge of Nationwide's service mark rights, have begun using and continue to use, a confusing variation of Nationwide's famous mark – namely, ALLIANZ. THE POWER ON YOUR SIDE and ALLIANZ IS ALWAYS ON YOUR SIDE. Defendants' use of these marks and slogans that are confusingly similar to Nationwide's famous NATIONWIDE IS ON YOUR SIDE mark constitutes federal and state infringement and dilution of Nationwide's service mark rights and unfair competition. Nationwide therefore seeks to enjoin Defendants' infringing and dilutive conduct and to recover compensatory damages resulting from Defendants' injury to Nationwide's business and for Defendants' unjust enrichment.

## PARTIES

1.     Nationwide Mutual Insurance Company is a mutual insurance company organized under the laws of the state of Ohio with its principal place of business at One Nationwide Plaza, Columbus, Ohio, 43215.

2.     Upon information and belief, Allianz Aktiengesellschaft is a corporation organized under the laws of Germany with its principal place of business at Koeniginstrasse 28 80802 Muenchen, Federal Republic of Germany.

3.     Upon information and belief, Allianz of America, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 55 Greensfarm Road, Westport, Connecticut 06880.

4.     Upon information and belief, Allianz Insurance Company is a corporation organized under the laws of California with its principal place of business at 3400 Riverside Drive, Suite 300, Burbank, California, 91505. Upon information and belief

826626v1                                   2

Defendant Allianz Insurance Company is registered with the Secretary of State to do business in the state of Ohio.

5.    Upon information and belief, Allianz Aktiengesellschaft, Allianz of America, Inc., and Allianz Insurance Corporation and their related, affiliated and subsidiary companies, including but not limited to the Fireman's Fund Insurance Company of Ohio (collectively, "Defendants" or "Allianz") transact business throughout the United States including the state of Ohio, and the wrongful acts alleged in this Complaint occurred and are occurring in the Southern District of Ohio.

## JURISDICTION AND VENUE

6.    This action seeks injunctive relief and damages for infringement of a registered mark, unfair competition, and false designation of origin under Sections 32(1) and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a); for dilution under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c); for unfair competition under Ohio's Deceptive Trade Practices Act, Ohio Rev. Code Ann. § 4165 and the common law of the state of Ohio; and for dilution under the common law of the State of Ohio.

7.    This court has subject matter jurisdiction over the federal claims relating to service mark infringement, false advertising, unfair competition and dilution under 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a).

8.    This court has supplemental jurisdiction over the Ohio state claims pursuant to 28 U.S.C. § 1367(a), because such claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

826626v1

3

05/08/02  12:11 FAX 415 576 0302          TOWNSEND&TOWNSEND&CREW                    ☑007
                                                                                    NO. 0970   P. 7/28

9.     This court has jurisdiction over the person of Defendants pursuant to Section 2307.382 of the Ohio Revised Code because they reside in, have transacted business in, and/or have committed tortious conduct within this judicial district.

10.     Defendants are amenable to service of process within the meaning of Rule 4 of the Federal Rule of Civil Procedure.

11.     Venue is proper in this court pursuant to 28 U.S.C. §§ 1391 (b) and (c) because Defendants reside in, have transacted business in, and/or have committed tortious conduct within this judicial district, because the claims alleged in this complaint arose, in part, in the Southern District of Ohio, and because this Court has jurisdiction over Defendants in the Southern District of Ohio.

## NATIONWIDE'S BUSINESS AND "ON YOUR SIDE" SERVICE MARKS

12.     Nationwide Mutual Insurance Company, together with its related and affiliated companies (hereinafter collectively referred to as "Plaintiff" or "Nationwide"), is in the business of advertising, offering for sale, and selling insurance and financial products and services.

13.     Among other activities, Nationwide advertises, offers for sale, and sells its insurance and financial products and services under the service mark ON YOUR SIDE, NATIONWIDE IS ON YOUR SIDE, and variations of the ON YOUR SIDE mark ("Nationwide's ON YOUR SIDE Marks"). Plaintiff Nationwide Mutual Insurance Company owns Nationwide's ON YOUR SIDE Marks.

14.     Nationwide first used a variation of the ON YOUR SIDE mark in commerce in 1966, and first used the NATIONWIDE IS ON YOUR SIDE mark in

Received Time      May. 8   3:14PM          Print Time      May. 8  3:25PM

commerce in 1974. Nationwide has continuously used its ON YOUR SIDE Marks since that time.

15.     Nationwide owns, among others, the following federal registrations of service marks for use in connection with a variety of insurance and financial services:

(a)  NATIONWIDE IS ON YOUR SIDE, Registration Number 1,793,850, registered September 21, 1993 and first used in commerce January 21, 1974 for "insurance services; namely, underwriting life, health, annuity, property and casualty insurance; financial services; namely, the sale of mutual funds, money market funds, pension plans and ira plans";

(b) NATIONWIDE INSURANCE NATIONWIDE IS ON YOUR SIDE Plus Design, Registration Number 1,017,597, registered August 5, 1975 and first used in commerce September 1, 1973 for "underwriting and sale of all lines of insurance including fire, life, and casualty"; and

(c) THE MAN FROM NATIONWIDE IS ON YOUR SIDE, Registration Number 860,715, registered November 19, 1968 and first used in commerce May 1, 1966 for "underwriting and sale of all lines of insurance, including, but not limited to, fire, life, and casualty".

Certified copies of the certificates of registration for each of these service marks (collectively, "Nationwide's Federal ON YOUR SIDE Registrations") are attached to this complaint as Exhibit A.

16.     Nationwide's Federal ON YOUR SIDE Registrations are valid and subsisting, in full force and effect, and are incontestable pursuant to the provisions of Section 15 of the Lanham Act, 15 U.S.C. § 1065, and thus provide conclusive evidence of, *inter alia*, Nationwide's exclusive right to use the ON YOUR SIDE Marks in commerce in connection with the services specified in the registrations.

17.     Moreover, Nationwide's Federal ON YOUR SIDE Registrations provide constructive notice of Nationwide's claim of ownership under 15 U.S.C. § 1072.

826626v1                                                5

05/08/02  12:12 FAX 415 576 0302          TOWNSEND&TOWNSEND&CREW                          ☑009

NO. 0970   P. 9/28

18.     Nationwide also owns over 50 state registrations of the marks: NATIONWIDE IS ON YOUR SIDE, NATIONWIDE IS ON YOUR SIDE Plus Design, NATIONWIDE FINANCIAL IS ON YOUR SIDE Plus Design (collectively, "Nationwide's State ON YOUR SIDE Registrations"), including two in the state of Ohio for NATIONWIDE IS ON YOUR SIDE and NATIONWIDE FINANCIAL IS ON YOUR SIDE Plus Design.

19.     In addition to Nationwide's Federal and State ON YOUR SIDE Registrations, Nationwide has substantial common law rights in and to its ON YOUR SIDE Marks arising from over three an i a half decades of use in connection with a broad array of insurance and financial products and services throughout the United States and abroad.

20.     In the past five years alone, Nationwide has invested more than $150,000,000 dollars in advertising and other activities to promote its ON YOUR SIDE Marks and the products and services offered under those Marks.

21.     Among other places, Nationwide's ON YOUR SIDE Marks appear in national television and print advertising and are heard in television and radio advertising as the well-known and easy to recognize NATIONWIDE IS ON YOUR SIDE jingle.

22.     The substantial use and advertising of Nationwide's ON YOUR SIDE Marks throughout the United States over the past 36 years have caused Nationwide's ON YOUR SIDE Marks to be associated solely and exclusively in the minds of consumers with Nationwide's products and services.

Received Time    May. 8.  3:14PM        Print Time    May. 8.  3:25PM

05/08/02  12:12 FAX 415 576 0302          TOWNSEND&TOWNSEND&CREW

23.    Moreover, the substantial use and advertising of Nationwide's ON YOUR SIDE Marks throughout the United States over the past 36 years have caused the marks to become famous and exclusively associated with Nationwide.

## DEFENDANTS' UNAUTHORIZED USE AND REGISTRATION OF "ON YOUR SIDE" MARKS

24.    Upon information and belief, Defendants are using and/or benefiting from the use of the slogans ALLIANZ. THE POWER ON YOUR SIDE and ALLIANZ IS ALWAYS ON YOUR SIDE in interstate commerce in a national advertising campaign to advertise their insurance and financial products and services throughout the United States ("Allianz ON YOUR SIDE Slogans").

25.    In May 1999, Defendant Allianz Aktiengesellschaft filed an application to register the ALLIANZ. THE POWER ON YOUR SIDE mark with the United States Patent and Trademark Office in which it alleged that it had first used that slogan in commerce in March 1999, a date that is well after the date upon which Nationwide first used and established rights in its ON YOUR SIDE Marks. That application resulted in Registration No. 2,391,226 issued on October 3, 2000.

26.    Upon information and belief, Defendants began using both of the Allianz ON YOUR SIDE Slogans well after Nationwide first used, established rights in and obtained federal registrations for its ON YOUR SIDE Marks.

27.    Upon information and belief, Defendants began using both of the Allianz ON YOUR SIDE Slogans well after Nationwide's ON YOUR SIDE Marks became famous.

826626v1

7

05/08/02  12:12 FAX 415 576 0302     TOWNSEND&TOWNSEND&CREW                                  ☑011

28.     Defendants began using and sought registration of the Allianz ON YOUR SIDE Slogans with constructive knowledge of Nationwide's substantial rights to its ON YOUR SIDE Marks resulting from Nationwide's Federal ON YOUR SIDE Registrations.

29.     Upon information and belief, Defendants began using the Allianz ON YOUR SIDE Slogans with actual knowledge of Nationwide's substantial use of and exclusive rights to its ON YOUR SIDE Marks.

30.     As a result of Defendants' unlawful conduct complained of herein, Nationwide has suffered and will continue to suffer irreparable injury to its famous ON YOUR SIDE Marks and to the goodwill and business reputation associated with Nationwide's ON YOUR SIDE Marks.

31.     Moreover, as a result of Defendants' unlawful conduct complained of herein, Nationwide has been financially damaged and will continue to be damaged financially.

32.     Also, as a consequence of Defendants' unlawful conduct, Defendants have been unjustly enriched.

33.     Upon information and belief, Defendants' unlawful conduct is and continues to be knowing, deliberate and willful.

## COUNT I

## FEDERAL SERVICE MARK INFRINGEMENT

34.     Nationwide realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 33.

35.     Defendants have infringed Nationwide's federally registered service marks in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

826626v1                                    8

05/08/02  12:13 FAX 415 576 0302        TOWNSEND&TOWNSEND&CREW                    ☒012
                                                                          NO. 0970   P. 12/28

36.    Without Nationwide's consent, Defendants have used in commerce a reproduction, counterfeit, copy, or colorable imitation of Nationwide's federally registered ON YOUR SIDE Marks in connection with the sale, offering for sale, distribution, or advertising of products and services.

37.    Defendants' use of the Allianz ON YOUR SIDE Slogans is likely to cause confusion, to cause mistake, or to deceive and therefore constitutes a violation of Section 32 (1)(a) of the Lanham Act, 15 U.S.C. § 1114(1)(a).

38.    Moreover, Defendants have reproduced, counterfeited, copied, or colorably imitated the federally registered ON YOUR SIDE Marks and have applied such reproduction, counterfeit, copy, or colorable imitation to labels, signs, prints, packages, wrappers, receptacles or advertisements intended to be used in commerce upon or in connection with the sale, offering for sale, distribution, or advertising of its products and services without Nationwide's consent.

39.    Defendants' use of the Allianz ON YOUR SIDE Slogans as described herein is likely to cause confusion, to cause mistake or to deceive and therefore constitutes a violation of Section 32(1)(b) of the Lanham Act, 15 U.S.C. § 1114(1)(b).

40.    Upon information and belief, Defendants' conduct has been knowing, deliberate and willful.

41.    Defendants have been and are likely to continue to be unjustly enriched by their infringing conduct.

42.    Nationwide has been and is likely to be damaged by Defendants' infringing and unlawful acts.

826626v1                                      5.

05/08/02   12:13 FAX 415 576 0302        TOWNSEND&TOWNSEND&CREW           ...                NO. 0970   P. 13/28

43.    As a direct and proximate result of Defendants' infringement of Nationwide's ON YOUR SIDE Marks, Nationwide has suffered and continues to suffer financial harm.

44.    As a direct and proximate result of Defendants' infringement of Nationwide's ON YOUR SIDE Marks, Nationwide has suffered and continues to suffer irreparable harm. Unless restrained by the Court, Defendants' acts will further impair the value of Nationwide's ON YOUR SIDE Marks, Nationwide's reputation, and the goodwill established in and accruing to said Marks. Nationwide has no adequate remedy at law to address or correct its irreparable harm.

## COUNT II

### FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN

45.    Nationwide realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 44.

46.    Defendants have engaged in unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

47.    Defendants have used the Allianz ON YOUR SIDE Slogans in a manner that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants or Defendants' services or commercial activities with Nationwide or Nationwide's services or commercial activities, or as to the origin, sponsorship, or approval of Defendants' services, or commercial activities by Nationwide, all in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1).

48.    Defendants have competed unfairly and continue to compete unfairly with Nationwide in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

Received Time    May. 8.  3:14PM        Print Time    May. 8.  3:24PM

05/08/02  12:13 FAX 415 576 0302          TOWNSEND&TOWNSEND&CREW                                    ☒014
                                                                                      NO. 0970   P. 14/28

49.     Upon information and belief, Defendants conduct has been knowing, deliberate and willful.

50.     Defendants have been and are likely to continue to be unjustly enriched by their infringing conduct.

51.     Nationwide has been and is likely to be damaged by Defendants' infringing and unlawful acts.

52.     As a direct and proximate result of Defendants' infringement of Nationwide's ON YOUR SIDE Marks, Nationwide has suffered and continues to suffer financial harm.

53.     As a direct and proximate result of Defendants' infringement of Nationwide's ON YOUR SIDE Marks, Nationwide has suffered and continues to suffer irreparable harm. Unless restrained by the Court, Defendants' acts will further impair the value of Nationwide's ON YOUR SIDE Marks, Nationwide's reputation, and the goodwill established in and accruing to said Marks. Nationwide has no adequate remedy at law to address or correct its irreparable harm.

## COUNT III

### FEDERAL DILUTION

54.     Nationwide realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 53.

55.     Defendants' actions have resulted in dilution of the distinctive qualities of Nationwide's famous ON YOUR SIDE Marks in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

826626v1

11

05/08/02  12:13 FAX 415 576 0302          TOWNSEND&TOWNSEND&CREW                    ☑015
                                                                         NO. 0970   P. 15/28

56.    Nationwide's ON YOUR SIDE Marks are famous marks as defined by Section 43(c)(1) of the Lanham Act, 15 U.S.C. § 1125(c)(1).

57.    Defendants have diluted the distinctive quality of Nationwide's famous ON YOUR SIDE Marks in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

58.    Upon information and belief, Defendants' conduct has been knowing, deliberate and willful.

59.    Defendants have been and are likely to continue to be unjustly enriched by their infringing conduct.

60.    Nationwide has been and is likely to be damaged by Defendants' infringing and unlawful acts.

61.    As a direct and proximate result of Defendants' infringement of Nationwide's ON YOUR SIDE Marks, Nationwide has suffered and continues to suffer financial harm.

62.    As a direct and proximate result of Defendants' infringement of Nationwide's ON YOUR SIDE Marks, Nationwide has suffered and continues to suffer irreparable harm. Unless restrained by the Court, Defendants' acts will further impair the value of Nationwide's ON YOUR SIDE Marks, Nationwide's reputation, and the goodwill established in and accruing to said Marks. Nationwide has no adequate remedy at law to address or correct its irreparable harm.

Received Time      May. 8. 3.14PM          Print Time     May. 8. 3:24PM

05/08/02  12:14 FAX 415 576 0302          TOWNSEND&TOWNSEND&CREW                                    ☒016

## COUNT IV

### UNFAIR COMPETITION UNDER OHIO'S COMMON LAW AND OHIO'S DECEPTIVE TRADE PRACTICES ACT

63.    Nationwide realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 62.

64.    Defendants' actions have resulted in unfair competition in violation of Ohio's common law and Ohio's Deceptive Trade Practices Act, Chapter 4165 of the Ohio Revised Code.

65.    Defendants have used the Allianz ON YOUR SIDE Slogans in a manner that is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants or Defendants' services or commercial activities with Nationwide or Nationwide's services or commercial activities, or as to the origin, sponsorship, or approval of Defendants' services, or commercial activities by Nationwide, all in violation of Ohio's common law and Ohio's Deceptive Trade Practices Act, Chapter 4165 of the Ohio Revised Code.

66.    Defendants have competed unfairly and continue to compete unfairly with Nationwide in violation of Ohio's common law and Ohio's Deceptive Trade Practices Act, Chapter 4165 of the Ohio Revised Code.

67.    Upon information and belief, Defendants' conduct has been knowing, deliberate and willful.

68.    Defendants are likely to be unjustly enriched by their infringing conduct.

69.    Nationwide has been and is likely to continue to be damaged by Defendants' infringing and unlawful acts.

826626v1

13

05/08/02   12:14 FAX 415 576 0302          TOWNSEND&TOWNSEND&CREW                                        ☑017

70.    As a direct and proximate result of Defendants' infringement of Nationwide's ON YOUR SIDE Marks, Nationwide has suffered and continues to suffer financial harm.

71.    As a direct and proximate result of Defendants' infringement of Nationwide's ON YOUR SIDE Marks, Nationwide has suffered and continues to suffer irreparable harm. Unless restrained by the Court, Defendants' acts will further impair the value of Nationwide's ON YOUR SIDE Marks, Nationwide's reputation, and the goodwill established in and accruing to said Marks. Nationwide has no adequate remedy at law to address or correct its irreparable harm.

### COUNT V

### DILUTION UNDER OHIO COMMON LAW

72.    Nationwide realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 71.

73.    Nationwide's ON YOUR SIDE Marks are strong, distinctive and famous marks.

74.    Defendants reduced the selling power of and diluted the distinctive quality of Nationwide's famous ON YOUR SIDE Marks in violation of Ohio's common law against dilution.

75.    Upon information and belief, Defendants' conduct has been knowing, deliberate and willful.

76.    Defendants have been and are likely to continue to be unjustly enriched by their infringing conduct.

Received Time    May.  8  3:14PM        Print Time    May.  8.  3:24PM

77.    Nationwide has been and is likely to continue to be damaged by Defendants' infringing and unlawful acts.

78.    As a direct and proximate result of Defendants' infringement of Nationwide's ON YOUR SIDE Marks, Nationwide has suffered and continues to suffer financial harm.

79.    As a direct and proximate result of Defendants' infringement of Nationwide's ON YOUR SIDE Marks, Nationwide has suffered and continues to suffer irreparable harm. Unless restrained by the Court, Defendants' acts will further impair the value of Nationwide's ON YOUR SIDE Marks, Nationwide's reputation, and the goodwill established in and accruing to said Marks. Nationwide has no adequate remedy at law to address or correct its irreparable harm.

WHEREFORE, Nationwide demands judgment against Defendants as follows:

1.    A preliminary and permanent injunction pursuant to Fed. R. Civ. P. 65, Section 34(a) of the Lanham Act, 15 U.S.C. § 1116(a), and Chapter 4165 of the Ohio Revised Code requiring Defendants, Defendants' officers, directors, employees, agents, assigns, servants, and any other person in active concert or participation with any such persons or with Defendants:

(a)    To refrain from using the Allianz ON YOUR SIDE Slogans or any slogan that contains the phrase ON YOUR SIDE, or any other service marks, trademarks, trade names, designations, slogans, designs or indicia that are likely to cause confusion or mistake or to deceive with respect to Nationwide, its services or its business;

(b)    To destroy or, at Nationwide's sole discretion, deliver to Nationwide any stationary, envelopes, cards, labels, signs, banners, or other business materials; any

15

82626-1

sales, advertising, marketing, or other promotional materials, circulars, or pamphlets; and any other materials intended to be distributed to or seen by potential or actual customers of Defendants that contain, display, or in any way refer to the term ON YOUR SIDE or the Allianz ON YOUR SIDE Slogans; and

(c)   To file with the Court and serve on Nationwide's counsel within 30 days after the service on Defendants of the Injunction a report in writing under oath and setting forth in detail the manner and form in which Defendants have complied with the injunction.

2.    A decree pursuant to Section 37 of the Lanham Act, 15 U.S.C. § 1119, ordering cancellation of Registration Number 2,391,226 for the mark ALLIANZ. THE POWER ON YOUR SIDE.

3.    A decree pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117, ordering an accounting by Defendants to establish the profits that Defendants have wrongfully earned through the use of the Allianz ON YOUR SIDE Slogans.

4.    Judgment against Defendants for any and all damages allowable by U.S. and Ohio state law, including but not limited to:

(a)   monetary damages sustained by Nationwide;

(b)   Defendants' profits wrongfully earned through use of the Allianz ON YOUR SIDE Slogans;

(c)   treble damages;

(d)   costs and prejudgment interest; and

(e)   attorneys' fees.

16

826626v1

05/08/02  12:15 FAX 415 576 0302        TOWNSEND&TOWNSEND&CREW                      ☑020

5.      Any and all such other and further relief as this Court may deem

appropriate.

Respectfully submitted,

Dated: _April 4, 2002_        By: _Randolph Wiseman_
                                  Randolph Wiseman (0021992)
                                  BRICKER & ECKLER LLP
                                  100 S. Third Street
                                  Columbus, OH  43215
                                  (614) 227-2310
                                  (614) 227-2390 (fax)

                                  Jay H. Calvert, Jr.
                                  Coleen M. Meehan
                                  MORGAN, LEWIS & BOCKIUS LLP
                                  1701 Market Street
                                  Philadelphia, PA

                                  Michael F. Clayton
                                  Anita B. Polott
                                  MORGAN, LEWIS & BOCKIUS LLP
                                  1111 Pennsylvania Avenue
                                  Washington, DC 20004
                                  Phone: 215-739-3000

                                  Attorneys for Plaintiff
                                  Nationwide Mutual Insurance Company

826626v1                              17

05/08/02  12:15 FAX 415 576 0302       TOWNSEND&TOWNSEND&CREW                      ☑021



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

March 29, 2002

THE ATTACHED U.S. TRADEMARK REGISTRATION 860,715 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM  *November 19, 1968*
*1st* RENEWAL FOR A TERM OF 20 YEARS FROM  *November 19, 1988*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

  *Registrant*



By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

M. LEE
Certifying Officer

05/08/02  12:15 FAX 415 576 0302     TOWNSEND&TOWNSEND&CREW     Ø022
NO. 0970  P. 22/28

# United States Patent Office

**860,715**

Registered Nov. 19, 1968

## PRINCIPAL REGISTER
## Service Mark

Ser. No. 277,693, filed Aug. 7, 1967

## THE MAN FROM NATIONWIDE IS ON YOUR SIDE

Nationwide Mutual Insurance Company (Ohio corporation)
246 N. High St.
Columbus, Ohio   43215

For: UNDERWRITING AND SALE OF ALL LINES OF INSURANCE, INCLUDING, BUT NOT LIMITED TO, FIRE, LIFE, AND CASUALTY, in CLASS 102 (INT. CL. 36).

First use May 1, 1966; in commerce May 1, 1966.

Owner of Reg. Nos. 713,962 and 733,565.

Received Time     May. 8. 3:14PM          Print Time     May. 8. 3:23PM

05/08/02  12:15 FAX 415 576 0302    TOWNSEND&TOWNSEND&CREW



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

March 29, 2002

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,017,597 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM   August 05, 1975
1st RENEWAL FOR A TERM OF 10 YEARS FROM   August 05, 1995
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *Registrant*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

M. Lee

M. LEE
Certifying Officer

05/08/02  12:16 FAX 415 576 0302    TOWNSEND&TOWNSEND&CREW    ☑024

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent Office**

Reg. No. 1,017,597

Registered Aug. 5, 1975

SERVICE MARK
Principal Register



Nationwide Mutual Insurance Company (Ohio corporation),
246 N. High St.,
Columbus, Ohio  43216.

For: UNDERWRITING AND SALE OF ALL LINES OF INSURANCE INCLUDING FIRE, LIFE AND CASUALTY, in CLASS 36 (U.S. CL. 102).

First use Sept. 1, 1973; in commerce Sept. 1, 1973.

Ser. No. 11,764, filed Sept. 11, 1974.

Received Time    May. 8.  3:14PM        Print Time    May. 8.  3:23PM

05/08/02  12:16 FAX 415 576 0302          TOWNSEND&TOWNSEND&CREW          @025



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:
### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

March 29, 2002

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,793,850 IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM  September 21, 1993
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

M. LEE
Certifying Officer

05/08/02  12:17 FAX 415 576 0302     TOWNSEND&TOWNSEND&CREW                            ☒026

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

## United States Patent and Trademark Office

Reg. No. 1,793,850
Registered Sep. 21, 1993

### SERVICE MARK
### PRINCIPAL REGISTER

# NATIONWIDE IS ON YOUR SIDE

NATIONWIDE MUTUAL INSURANCE COMPA-
NY (OHIO CORPORATION)
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43216

FOR: INSURANCE SERVICES; NAMELY,
UNDERWRITING LIFE, HEALTH, ANNUITY,
PROPERTY AND CASUALTY INSURANCE; FI-
NANCIAL SERVICES; NAMELY, THE SALE
OF MUTUAL FUNDS, MONEY MARKET

FUNDS, PENSION PLANS AND IRA PLANS, IN
CLASS 36 (U.S. CLS. 101 AND 102).
FIRST USE 1-21-1974; IN COMMERCE
1-21-1974.
OWNER OF U.S. REG. NOS. 713,962, 1,017,597
AND OTHERS.

SER. NO. 73-692,433, FILED 10-29-1987.

STEVEN R. FOSTER, EXAMINING ATTORNEY

05/08/02  12:17 FAX 415 576 0302        TOWNSEND&TOWNSEND&CREW                    ☑027

050814/119475

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Allianz of America, Inc.
55 Greens Farms Road
Westport, CT  06880

4a. Article Number
7000600002936116919

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☒ Return Receipt for Merchandise    ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form 3811, December 1994        102595-95-B-0229        Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

◉ Print your name, address, and ZIP Code in this box ◉

Randolph C. Wiseman, Esq.
Bricker & Eckler LLP
100 S. Third Street
Columbus, OH  43215

NW/Allianz