UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY | : : : | CIVIL ACTION NO. 3:00CV1180(CFD) |
| vs. | : : | |
| BRUCE MORTENSEN, ET AL. | : : | JULY 3, 2007 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed a Compact Disc containing an audio Oral Argument before the Second Circuit on April 11, 2006 in the matter of *Thyroff v. Nationwide Mutual Insurance Company*, 460 F. 3d 400 (2d Cir. 2006). The Defendants have also filed an Appendix of Unreported Cases cited in their Memorandum of Law in Opposition to Nationwide Mutual Insurance Company's Supplemental Motion for Summary Judgment. These documents have not been filed electronically because the electronic files exceed 1.5 megabytes. These documents have been manually served on all parties.

                                                                                             DEFENDANTS

By _____/s/_____
    Frank F. Coulom, Jr. (ct05230)
    fcoulom@rc.com
    Jude Francois (ct25620)
    jfrancois@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  06103-3597
    Tel:  860-275-8200
    Fax:  860-275-8299

HART1-1409862-1

-2-

## CERTIFICATION

This is to certify that on the 3rd day of July, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                   /s/
                                                                                             Jude Francois