UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY | : | CIVIL ACTION NO. |
| | : | 3:00CV1180 (CFD) |
| VS. | : | |
| | : | |
| BRUCE MORTENSEN, DAVID H. DONALDSON, | : | |
| PATRICIA BLAND, JAMES WARNER, SR., | : | |
| JAMES L. BIRARELLI, JAMES L. BIRARELLI, | : | |
| INC., BONNIE JOHNSON, JOHNSON AGENCY | : | |
| INCORPORATED AND ROBERT YORK | : | JULY 9, 2007 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

The plaintiff, Nationwide Mutual Insurance Company respectfully requests a twenty eight (28) day extension of time in which to file a Reply to the defendants' July 2, 2007, Memorandum of Law in Opposition to the plaintiff's Supplemental Motion for Summary Judgment ("**Defendants' brief**") through and including August 10, 2007, on the following grounds:

(1) Plaintiff's counsel was on vacation last week and has only received the Defendants's brief today;

(2) Plaintiff has inquired of opposing counsel, Frank F. Coulom, Jr., who has consented to the extension requested herein;

(3) The Court granted three motions to extend the time to file Defendants' brief;

(4)  This is the first such Motion to Extend Time filed by the plaintiff with respect to filing a Reply to Defendants' brief.

For the foregoing reasons the plaintiff respectfully requests that this motion be granted.

        PLAINTIFF,
        NATIONWIDE MUTUAL INSURANCE COMPANY


By:   s/MichaelFeldman
      Michael Feldman, Esq.
      michaelfeldman@feldmanhickey.com
      Feldman & Hickey, LLC
      10 Waterside Drive, Suite 303
      Farmington, CT 06032
      (860) 677-0551
      (860) 677-1147 (fax)
      Fed. ID #ct06649

**CERTIFICATION OF SERVICE**

      I hereby certify that on July 9, 2007, a copy of this Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Frank F. Coulom, Jr., Esq.
Jude Francios, Esq
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

                                               s/Michael Feldman
                                               Michael Feldman