HONORABLE **Droney** Civil (April 12, 2004)
DEPUTY CLERK **Dew**   RPTR/ERO/TAPE **Marshall**
TOTAL TIME: **1** hours **10** minutes

DATE **May 27, 2008**   START TIME **2:00**   END TIME **3:10**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Nationwide**   CIVIL NO. **00CV1180 CFD**   **Feldman**
                                              Plaintiffs Counsel
vs.                                    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Mortenson**                                  **Coulom**
                                              Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing           ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION DOCUMENT NO.**

☒ ...#**157** Motion **for Summary Judgment (supplemental)**  ☐ granted ☐ denied ☒ advisement
☐ ...# ____ Motion ____  ☐ granted ☐ denied ☐ advisement
(remaining motion lines blank)

Oral Motion lines — blank

☐ Brief(s) due ____   ☐ Proposed Findings due ____   Response due ____

____ Hearing continued until ____ at ____